B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Texas, Dallas Division

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Wyly, Samuel E.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**xxx-xx-5313** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3905 Beverly Drive**<br>**Dallas, TX**<br>ZIP Code **75205** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**300 Crescent Court, Suite 850**<br>**Dallas, TX**<br>ZIP Code **75201** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wyly, Samuel E.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wyly, Samuel E.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  */s/ Samuel E. Wyly*<br>Signature of Debtor **Samuel E. Wyly**<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>October 19, 2014<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  */s/ Josiah M. Daniel, III*<br>Signature of Attorney for Debtor(s)<br><br>**Josiah M. Daniel, III, SBT #05358500**<br>Printed Name of Attorney for Debtor(s)<br><br>**Vinson & Elkins LLP**<br>Firm Name<br><br>**2001 Ross Avenue**<br>**Suite 3700**<br>**Dallas, TX 75201**<br><br>Address<br><br>**214-220-7700**<br>Telephone Number<br><br>October 19, 2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Texas, Dallas Division

In re **Samuel E. Wyly**                                   Case No.
                            Debtor(s)                      Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: */s/ Samuel E. Wyly*
**Samuel E. Wyly**

Date: October 19, 2014

Certificate Number: 14751-TXN-CC-024326319



14751-TXN-CC-024326319

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 8, 2014</u>, at <u>1:38</u> o'clock <u>PM PDT</u>, <u>Samuel E Wyly</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>October 8, 2014</u>  By: <u>/s/AMEY AIONO</u>

Name: <u>AMEY AIONO</u>

Title: <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Case No. |
| SAMUEL E. WYLY, | § § | Chapter 11 |
| DEBTOR | § § § | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of creditors holding the 20 largest unsecured claims against the above-captioned Debtor. This list has been prepared from the Debtor's unaudited books and records. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101,[1] or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

| | Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff | Amount of Claim (if Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 1. | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Taxes (current open income tax examination) | Contingent, unliquidated and disputed | |

---

[1] The Debtor anticipates that one or more parties in interest may assert that Wrangler Trust and Security Capital, Ltd. are "insiders". The Debtor reserves all rights with respect to this issue but includes Wrangler Trust and Security Capital, Ltd. as a matter of disclosure and notice.

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**                                                    Page 1 of 5

**In re SAMUEL E. WYLY**                                                                   Case No. 14-

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 2. | U.S. Securities & Exchange Commission 100 F Street, NE Washington, DC 20549-0000 | U.S. Securities & Exchange Commission ATTN: Bridget M. Fitzpatrick 100 F Street, NE Washington, DC 20549-0000 | Interlocutory Disgorgement Ruling | Disputed | $198,118,825.16 |
| 3. | Wrangler Trust 300 Crescent Court, Suite 850 Dallas TX 75201 | Wrangler Trust 300 Crescent Court, Suite 850 Dallas TX 75201 | Promissory Note | | $19,000,000.00 |
| 4. | Security Capital, Ltd. (in official Liquidation) c/o Mark Longbottom Kinetic Partners The Harbour Centre 42 North Church Street P.O. Box 10387 Grand Cayman Cayman Islands, KY1 1004 | Security Capital, Ltd. (in official Liquidation) c/o Mark Longbottom Kinetic Partners The Harbour Centre 42 North Church Street P.O. Box 10387 Grand Cayman Cayman Islands, KY1 1004 | Promissory Note | | $15,000,000.00 |
| 5. | Security Capital, Ltd. (in official Liquidation) c/o Mark Longbottom Kinetic Partners The Harbour Centre 42 North Church Street P.O. Box 10387 Grand Cayman Cayman Islands, KY1 1004 | Security Capital, Ltd. (in official Liquidation) c/o Mark Longbottom Kinetic Partners The Harbour Centre 42 North Church Street P.O. Box 10387 Grand Cayman Cayman Islands, KY1 1004 | Promissory Note | | $10,000,000.00 |

**In re SAMUEL E. WYLY**                                                          Case No. 14-

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

| | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 6. | The Aspen Institute<br>Attn.: Dolores Gorgone, Chief Financial Officer<br>One Dupont Circle, NW<br>Suite 700<br>Washington, DC 20036-1133 | The Aspen Institute<br>Attn.: Dolores Gorgone, Chief Financial Officer<br>One Dupont Circle, NW<br>Suite 700<br>Washington, DC 20036-1133 | Grant commitment | | $600,000.00 |
| 7. | Torie Steele<br>26799 Sea Vista Dr.<br>Malibu, CA<br>90265-4516 | Torie Steele<br>26799 Sea Vista Dr.<br>Malibu, CA<br>90265-4516 | Contract | Subject to setoff[2] | $500,000.00 (annually) |
| 8. | Melcher Media<br>124 West 13th Street<br>New York, NY 10011 | Melcher Media<br>124 West 13th Street<br>New York, NY 10011 | Contract | | $37,000.00 |
| 9. | Third Church of Christ, Scientist<br>4419 Oak Lawn<br>Dallas, TX 75219 | Third Church of Christ, Scientist<br>4419 Oak Lawn<br>Dallas, TX 75219 | Grant commitment | | $20,000.00 |
| 10. | Thanks-Giving Square<br>P.O. Box 131770<br>Dallas, TX 75313 | Thanks-Giving Square<br>P.O. Box 131770<br>Dallas, TX 75313 | Grant commitment | | $12,500.00 |
| 11. | Bickel & Brewer<br>1717 Main St.<br>Suite 4800<br>Dallas, TX 75201 | Bickel & Brewer<br>1717 Main St.<br>Suite 4800<br>Dallas, TX 75201 | Contract for services | | $4,530.71 |
| 12. | Pearl Cove Landscape<br>P.O. Box 600051<br>Dallas, TX 75360-0051 | Pearl Cove Landscape<br>P.O. Box 600051<br>Dallas, TX 75360-0051 | Contract for services | | $1,619.42 |

---

[2] Ms. Steele's claim is subject to setoff pursuant to the Court Order defining this obligation.

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**              **Page 3 of 5**
US 3021500v.5

In re SAMUEL E. WYLY                                                                    Case No. 14-

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

|   | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 13. | Dallas Country Club<br>PO Box 678422<br>Dallas, TX<br>75267-8422 | Dallas Country Club<br>PO Box 678422<br>Dallas, TX<br>75267-8422 | Membership | | $383.20 |
| 14. | Crescent TC Investors, LP<br>PO Box 841772<br>Dallas, TX  75284-1772 | Crescent TC Investors, LP<br>PO Box 841772<br>Dallas, TX  75284-1772 | Contract | | Unknown[3] |
| 15. | American Express<br>PO Box 650448<br>Dallas, TX  75265 | American Express<br>PO Box 650448<br>Dallas, TX  75265 | Revolving credit account | | Unknown |
| 16. | Susman Godfrey<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002 | Susman Godfrey<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002 | Professional services | | Unknown |
| 17. | Town of Highland Park<br>4700 Drexel Dr.<br>Dallas, TX  75205 | Town of Highland Park<br>4700 Drexel Dr.<br>Dallas, TX  75205 | Utility (water) | | Unknown |
| 18. | Citicards<br>Processing Center<br>Des Moines, IA<br>50363-0005 | Citicards<br>Processing Center<br>Des Moines, IA<br>50363-0005 | Revolving credit account | | Unknown |
| 19. | Chase Card Services<br>PO Box 94014<br>Palatine, IL<br>60094-4014 | Chase Card Services<br>PO Box 94014<br>Palatine, IL<br>60094-4014 | Revolving credit account | | Unknown |
| 20. | Green Mountain Energy<br>PO Box 660305<br>Dallas, TX<br>75266-0305 | Green Mountain Energy<br>PO Box 660305<br>Dallas, TX<br>75266-0305 | Utility | | Unknown |

---

[3] Debtor will amend and supplement with respect to all "unknown" claim amounts once more information is obtained and available.

**In re SAMUEL E.WYLY** Case No. 14-

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

## Declaration Under Penalty of Perjury on Behalf of a Corporation

I, Samuel E. Wyly, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

**DATE:** October 19, 2014

                                                  */s/ Samuel E. Wyly*
                                                  Samuel E. Wyly

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In Re: §
§
**Samuel E. Wyly** § Case No.:
§
§
Debtor(s) §
§

# VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: October 19, 2014     */s/ Samuel E. Wyly*
**Samuel E. Wyly**
Signature of Debtor

Date: October 19, 2014     */s/ Josiah M. Daniel, III*
Signature of Attorney
**Josiah M. Daniel, III, SBT #05358500**
**Vinson & Elkins LLP**
**2001 Ross Avenue**
**Suite 3700**
**Dallas, TX 75201**
**214-220-7700**

**xxx-xx-5313**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

All Right Pest Control
P.O. Box 870016
Mesquite, TX 75150


American Express
PO Box 650448
Dallas, TX 75265


Apex Security
PO Box 410482
Salt Lake City, UT 84141-0482


AT&T
PO Box 105414
Atlanta, GA 30348-5414


AT&T
PO Box 5014
Carol Stream, IL 60197-5014


Atmos Energy
PO Box 790311
Saint Louis, MO 63179-0311


Bank of America
PO Box 851001
Dallas, TX 75285-1001


Bank of America
PO Box 851001
Dallas, TX 75285-1001


BBVA Compass Mortgage
PO Box 830927
Birmingham, AL 35283-0927

Bickel & Brewer
1717 Main St.
Suite 4800
Dallas, TX 75201


Cardmember Services
PO Box 94014
Palatine, IL 60094-4014


Chase Card Services
PO Box 94014
Palatine, IL 60094-4014


Citicards
Processing Center
Des Moines, IA 50363-0005


Compass Bank
PO Box 830927
Birmingham, AL 35283-0927


Consolidated Edison
PO Box 1702
New York, NY 10116-1702


Crescent TC Investors, LP
PO Box 841772
Dallas, TX 75284-1772


Dallas Country Club
PO Box 678422
Dallas, TX 75267-8422


Dallas County Tax Office
John R. Ames, CTA
500 Elm Street
Dallas, TX 75202-3304

Dennis S. Faulkner
Lain, Faulkner & Co., P.C.
400 N. St. Paul Suite 600
Dallas, TX 75201


Direct TV
PO Box 78626
Phoenix, AZ 85062-8626


Donald P. Lan, Jr.
Kroney Morse Lan, P.C.
12221 Merit Drive, Suite 825
Dallas, TX 75251


Explore Booksellers & Bistro LLC
Explore Booksellers & Bistro Real Estate
221 E. Main St.
Aspen, CO 81611


Extra Space Storage
18530 N. Dallas Parkway
Dallas, TX 75287


Gary Hepburn
First Names( Isle of Man) Limited
International House
Castle Hill, Victoria Road
Douglas, Isle of Man IM2 4RB


Green Mountain Energy
PO Box 660305
Dallas, TX 75266-0305


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114-0326

Josiah M. Daniel
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201


Kim Dent
Inter-Continental Management
Prospect Chambers, Prospect Hill
Douglas, Isle of Man IM1 1ET


Krauter and Co
Attn:  Lisa Walker
16250 Knoll Trail, Suite 100
Dallas, TX 75248


Kutak Rock LLP
Attn.: Micah J. Halverson, Esq.
1801 California Street, Suite 3100
Denver, CO 80202


Maverick Capital
300 Crescent Court, 18th floor
Dallas, TX 75201


Melcher Media
124 West 13th Street
New York, NY 10011


Mosquito Nix
2150 Chenault Drive
Carrollton, TX 75006


Pearl Cove Landscape
PO Box 600051
Dallas, TX 75360-0051


Rebecca L. Petereit
VINSON & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

Rob Adams
Sr. VP Wealth Management
BBVA Compass
8080 N. Central Expressway Suite 400
Dallas, TX 75206


Roberts Pool Service
455 South Railroad St.
Lewisville, TX 75057


Samuel E. Wyly
300 Crescent Court, Suite 850
Dallas, TX 75201


Securities and Exchange Commission
Attn: Bridget M. Fitzpatrick
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549


Security Capital, Ltd.
c/o Mark Longbottom/Kinetic Partners
The Harbour Centre, 42 North Church St.
PO Box 10387, Grand Cayman
Cayman Islands, KY1 1004


Security Capital, Ltd.
c/o Mark Longbottom/Kinetic Partners
The Harbour Centre, 42 North Church St.
PO Box 10387, Grand Cayman
Cayman Islands, KY1 1004


Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002


Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002

Thanks-Giving Square
P.O. Box 131770
Dallas, TX 75313


The Aspen Institute
Attn.: Dolores Gorgone, CFO
One Dupont Circle, NW
Suite 700
Washington, DC 20036-1133


Third Church of Christ, Scientist
4419 Oak Lawn
Dallas, TX 75219


Time Warner Cable


Torie Steele
26799 Sea Vista Dr.
Malibu, CA 90265-4516


Town of Highland Park
4700 Drexel Dr.
Dallas, TX 75205


United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242


Wrangler Trust
300 Crescent Court, Suite 850
Dallas, TX 75201


Wyly Family Members
300 Crescent Court, Suite 850
Dallas, TX 75201