Josiah M. Daniel, III, SBT # 05358500
James J. Lee, SBT # 12074550
Paul E. Heath, SBT # 09355050
Rebecca L. Petereit, SBT # 24062776
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel:  214-220-7700
Fax: 214-220-7716
jdaniel@velaw.com; jimlee@velaw.com
pheath@velaw.com; rpetereit@velaw.com

PROPOSED COUNSEL FOR THE DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 14-35043 |
| SAMUEL E. WYLY, | § § | Chapter 11 |
| DEBTOR | § § § | |

## SUPPLEMENTAL DOCUMENT IN SUPPORT OF FIRST DAY MOTIONS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Samuel E. Wyly, the above-referenced debtor and debtor in possession (the "Debtor" or "Sam") hereby submits the attached budget as developed in conjunction with Lain, Faulkner & Co., P.C. (the "Budget") as referenced in the *Expedited Motion for Order on Estate Administration* [Docket No. 5] and *Expedited Motion for Interim and Final Orders Approving Use of Cash Collateral and Grant of Adequate Protection* [Docket No. 6] (collectively, the "Motions") and in support of the Motions.

Dated October 21, 2014

                                            **VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: 214-220-7700
Fax: 214-220-7716

 /s/    *Josiah M. Daniel, III*
Josiah M. Daniel, III, SBT # 05358500
James J. Lee, SBT # 12074550
Paul E. Heath, SBT # 09355050
Rebecca L. Petereit, SBT # 24062776
jdaniel@velaw.com; jimlee@velaw.com
pheath@velaw.com; rpetereit@velaw.com

**PROPOSED COUNSEL FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

      I certify that on October 21, 2014, I caused a copy of the foregoing document to be served (i) by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas; (ii) via overnight delivery on all parties indicated on the attached proposed Limited Master Service List; and (iii) by e-mail or facsimile to those persons indicated on the Limited Master Service List.

                                                                */s/ Josiah M. Daniel, III*
                                                                One of Counsel