Angela Dodd
Senior Bankruptcy Counsel
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604


BBVA Compass Bank N.A
Attn: Rob Adams
Senior Vice President-Wealth Management
8080 N. Central Expressway, Suite 400
Dallas, TX 75206


Charles R. Gibbs/Marty L. Brimmage
David F. Staber/Lacy M. Lawrence
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4675


Christie's Inc.
Attn: Jonathan Diaz
Attn: Laura Wenger 20
Rockefeller Plaza New
York, NY 10020


Compass Lexecon
332 S. Michigan Ave.
Chicago, IL 60604-4397


David G. Adams
U.S. Department of Justice, Tax Division
717 N. Harwood St., Suite 400
Dallas, TX 75201


Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 13430

Arlington, TX  76094-0430

Ernest Leonard
Friedman & Feiger, L.L.P.
5301 Spring Valley Road, Suite 200
Dallas, TX 75254

Inventus
P.O. Box 130114
Dallas, TX 75313

Johathan Gitlin
3905 Hedgcoxe Rd. #251371
Plano, TX 75025

John J. Kane
Joseph A. Friedman / Joseph M. Coleman
Kane Russell Coleman & Logan PC
1601 Elm Street Suite 3700
Dallas, TX 75201

John J. McConnell
725 Northridge Dr.
West Lafayette, IN 47906

Joseph A. Friedman
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201

Juanell Lance
1100 Meredith Lane
Apartment 918
Plano, TX 75093

Laurie Spindler Huffman
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207


Legal Media, Inc
1602 Washington Ave.
Houston, TX 77007


Leo Carey
Bankruptcy Specialist
Internal Revenue Service
1100 Commerce MC 5027 DAL
Dallas, TX 75242


Marlin Landscape Systems 411
W. Commerce St.
Dallas, TX 75208


Mary Frances Durham
United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242


Michael P. Massad, Jr.
Winstead PC
500 Winstead Building
2728 N. Harwood St.
Dallas, TX 75201


Office of the United States Attorney
3rd Floor, 1100 Commerce Street
Dallas, TX 75242-1699

Securities and Exchange Commission
Attn: Bridget M. Fitzpatrick
Attn: Hope Augustini
100 F Street, NE
Washington, DC 20549


Susman Godfrey LLP
Attn: Harry Susman
1000 Louisiana, Suite 5100
Houston, TX 77002


The Garden Gate Floral Design
2303 Farrington St.
Suite 100
Dallas, TX 75207


Time Warner Cable
P.O. Box 11820
Newark, NJ 07101-8120


Town of Highland Park, Highland Park ISD
Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430