IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-35043 |
| | § | |
| | § | |
| SAMUEL E. WYLY, *et al.* | § | CHAPTER 11 |
| | § | |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

### SCHEDULES OF ASSETS AND LIABILITIES[1]

### DEBTOR CAROLINE D. WYLY

**Case No. 14-35043**

---

[1] Filed subject to the *Notes Regarding the Debtor's Schedules and Statements* filed contemporaneously herewith.

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Texas

In re   **Caroline D Wyly**                                             ,       Case No.   **14-35043 (JT Admin)**

                                                    Debtor

                                                                            Chapter                            **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 38,400,000.00 | | |
| B - Personal Property | Yes | 5 | 27,571,097.83 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 16,667,907.10 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 65,969,878.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 170,888.19 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 326,175.52 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | Total Assets | | 65,971,097.83 | | |
| | | Total Liabilities | | 82,637,785.46 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 14-35043 |
| | § | (Jointly Administered) |
| CAROLINE D. WYLY, et al., | § | |
| | § | Chapter 11 |
| DEBTORS. | § | |

## NOTES REGARDING THE DEBTOR'S SCHEDULES AND STATEMENTS

On October 23, 2014 (the "***Petition Date***"), Caroline D. Wyly (the "***Debtor***"), commenced her voluntary case under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "***Bankruptcy Court***"). The Debtor is a debtor in possession pursuant to Bankruptcy Code §§ 1107 and 1108.

On the date hereof, the Debtor has filed her Schedules of Assets and Liabilities and Statement of Financial Affairs, including all exhibits thereto (the "***Schedules and Statements***"). The Debtor prepared the Schedules and Statements pursuant to Bankruptcy Code §§ 521 and 522 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") with the assistance of: (i) Highland Stargate, L.P., the Wyly family office; and (ii) Bridgepoint Consulting, LLC, her bankruptcy financial advisors.

These notes (the "***Notes***") are filed contemporaneously with, and comprise an integral part of, the Schedules and Statements, are subject to the declarations accompanying the Schedules and Statements, and should be referenced in connection with any review of the Schedules and Statements. The Notes are in addition to any specific notes contained in the Schedules and Statements. The fact that the Debtor has included notes with respect to any specific item in any part of the Schedules and Statements should not be interpreted as a decision by the Debtor to exclude the applicability of such a note to any other part of the Schedules and Statements.

While the Debtor has made all reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to her and her advisors at the time of preparation, subsequent information may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred. The Schedules and Statements contain unaudited financial information that is subject to further review and potential adjustment. There can be no assurance that the Schedules and Statements are wholly accurate and complete. The Schedules and Statements remain subject to further review and verification by the Debtor.

1

Nothing contained in the Schedules and Statements shall constitute a waiver of: (i) any right of the Debtor, specifically the Debtor's right to amend or supplement the Schedules and Statements from time to time as may be necessary or appropriate, and (ii) any rights with respect to any issues arising in the Chapter 11 Case, the Civil Action (as defined below), the Bankruptcy Code or any relevant nonbankruptcy laws. Nothing herein shall be construed as an admission by the Debtor of the legal rights of any claimant.

1. **"As of" Information.** The information provided in the Schedules and Statements, except as otherwise noted, is as of the Petition Date.

2. **Basis of Presentation.** The Debtor may seek approval of the Bankruptcy Court to engage a valuation expert or appraiser to provide current market valuations of certain of her assets, including assets in the categories of art, jewelry, and collectibles. Regarding other categories or types of personal property such as clothing and household goods, no market value information is available or likely exists. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, nor does the Debtor intend the Schedules and Statements to fully reconcile with the Debtor's financial statements, as estimates and fair market values have been used where available.

3. **Confidential, Private, and Commercially Sensitive Information.** In certain instances, the Debtor may have redacted names, addresses, and/or amounts because of confidentiality obligations, concerns about individual privacy, or concerns regarding the disclosure of commercially sensitive information. Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing full names, addresses and amounts. If examination of an un-redacted version of the Schedules and Statements is desired, the Debtor shall provide such a copy upon the execution of an appropriate confidentiality agreement or further order of the Bankruptcy Court.

4. **Amendment/Supplement.** While reasonable efforts were made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist and, in certain instances, the Debtor may not have had complete information available. Furthermore, in some instances, a legal or accounting review is ongoing. Accordingly, the Debtor reserves the right to amend and/or supplement the Schedules and Statements from time to time as may be necessary or appropriate.

5. **Recharacterization.** The Debtor has made reasonable efforts to correctly characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items in the Schedules and Statements. However, due to the complexity of the Debtor's assets and financial affairs, the Debtor may have incorrectly characterized, classified, categorized, or designated certain items. The Debtor reserves the right to recharacterize, reclassify, recategorize, or redesignate

2

items at a later time as necessary or appropriate based upon further review or as additional information becomes available.

6. **Totals**. All totals that are included in the Schedules and Statements represent totals of all amounts currently known.

7. **Undetermined Amounts**. The description of an amount as "unknown," "undetermined" or "to be determined" is not intended to reflect upon the materiality of such amount.

8. **Excluded Assets and Liabilities**. The Bankruptcy Court has authorized the Debtor to pay mortgage payments to Compass Bank and is likely to authorize other budgeted expenses. Where the Schedules list creditors and set forth the scheduled amount of claims, such scheduled amounts reflect amounts owed as of the Petition Date. These amounts are not adjusted for any postpetition payments made on account of such claims pursuant to the authority granted by the Bankruptcy Court.

9. **Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information available and the research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

10. **Causes of Action**. The Debtor may possess certain claims and causes of action against various parties. Additionally, the Debtor may possess contingent claims in the form of various avoidance actions under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws. The Debtor, in consultation with her advisors, is still evaluating any such claims and causes of action and will supplement the Schedules and Statements as appropriate. The Debtor reserves all rights with respect to any claims, causes of action, or avoidance actions she may have, and nothing contained in or omitted from these Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims or causes of action.

11. Property interests of the Debtor in or relating to her assets, including, but not limited to, assets held by the entities described on Schedule B, Exhibits B-20a and B-20b ("IOM Trusts and Companies") *to the extent:* (i) any of the Relief Defendants (as named in pleadings filed by the SEC in the Civil Action) and/or any additional entities are in possession of property titled in the name of or distributed from IOM Trusts and Companies or hold and retain within their possession or control funds or other assets or things of value presently held by them, under their control, or over which they exercise actual or apparent investment or other authority, in whatever form such assets may presently exist, wherever located, which were, at any time, the property of the IOM Trusts and Companies, loaned by the IOM Trusts and Companies, or acquired with funds received from the IOM Trusts and Companies and (ii) the Debtor holds, under Bankruptcy Code § 541

3

(which broadly defines property of the estate as "all legal and equitable interests of the debtor in property as of the commencement of the case" and includes all of the debtor's claims and causes of action, see In re S.I. Acquisition, Inc., 817 F.2d 1142, 1149 (5th Cir. 1987)), causes of action or claims for recovery of any of the foregoing-described property by virtue of all legal theories that are or constitute "general" causes of action which are "derivative" of the rights and claims of the Debtor and of her creditors (as opposed to creditors' individual rights to bring "direct" causes of action that are "personal" to the particular creditor), such as fraudulent transfer law, see In re Mortgage America Corp., 714 F.2d 1266, 1275 (5th Cir. 1983), In re Schimmelpenninck, 183 F.3d 347, 359 (5th Cir. 1999), and Koch Refining v. Farmers Union Central Exch., Inc., 831 F.2d 1339, 1343 (7th Cir. 1987), cert. denied 485 U.S. 906 (1988).

12.     **Guaranties and Other Secondary Liability Claims**. The Debtor has used best efforts to locate and identify guaranties and other secondary liability claims (collectively, "*Guaranties*").  While no guaranties were currently identified, the Debtor reserves her rights to amend the Schedules and Statements to the extent that any Guaranties are subsequently identified.

13.     **Cash/Currency**. Unless otherwise noted in the Schedules and Statements, cash on deposit is listed in the Schedules and Statements at book balances as of the Petition Date and all amounts are reflected in U.S. dollars.

14.     **Insiders**. The listing of a party as an insider is not intended to be, nor should it be construed as, a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

15.     **Claim Description**. Any failure to designate a claim on the Debtors' Schedules as "contingent," ("*C*") "unliquidated," ("*U*") or "disputed" ("*D*") does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed." The Debtor reserves the right to dispute, or to assert offsets, recoupments or defenses to, any claim reflected on the Schedules and Statements as to amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

16.     **Undetermined Claim Amounts**. Claim amounts that could not be fairly quantified by the Debtor are scheduled as "undetermined" or "unknown," and with a "C," "U," and/or "D" notation, whichever is appropriate given the individual circumstances.

### *SCHEDULES OF ASSETS AND LIABILITIES*

**Schedule A**. Real Property.

Schedule A lists the Debtor's real property.  The homestead property is valued based upon a 2010 appraisal.

4

**Schedule B**. Personal Property.

Schedule B lists the Debtor's personal property including, among other items, household furnishings, art and jewelry. The Debtor's spouse, Charles J. Wyly, Jr, died in August 2011, at which time much of his personal property was valued for estate purposes. The Debtor has a 50% community property interest in the spousal assets, and accordingly, has listed these assets in her Schedules. Where valuations or appraisals were available, those values were used in the Schedules. Separate personal property of the Debtor, where appraisals were not available, were valued based on book values in the financial statements, or other best estimates. The Debtor may seek court authority to retain an appraiser if appropriate. The Debtor reserves her right to update values, recategorize and/or recharacterize such assets to the extent necessary and based on additional information.

Charles J. Wyly, Jr. (deceased) ("Wyly"), was the settlor or beneficiary of, or was otherwise involved with the establishment of, certain trusts in the Isle of Man (the "*IOM Trusts*") between 1992 and 1995. The characterization of certain transactions relating to the IOM Trusts has been at issue in the lawsuit styled: *Securities and Exchange Commission v Samuel Wyly et. al.*, Case No. 10-cv-5760 (SAS) pending in the United States District Court for the Southern District of New York (the "*Civil Action*"). The Debtor, Caroline D. Wyly ("Dee Wyly") was not a party to the Civil Action, but has recently been named as a relief defendant. The SEC in the Civil Action has alleged that Charles Wyly was —contrary to his long-standing intent and belief— a "beneficial owner" (had or shared the power to "dispose" of or to "vote" the security) of the assets of the IOM Trusts for purposes of SEC disclosure requirements. While Wyly objected to such allegations and reserved all rights and positions on these issues, Dee Wyly as a prudent debtor in possession charged with maximizing the value of the estate for the benefit of her creditors, in an abundance of caution and based upon property-of-the-estate jurisprudence such as *Brown v. Chesnut (In re Chesnut)*, 422 F. 2d 298 (5th Cir. 2005), has made reference on her Exhibit B.20b to certain financial information made available to her regarding the IOM Trusts and their assets as of December 31, 2013. Such information will also be more fully disclosed on the report and schedule to be filed by the Debtor under Bankruptcy Rule 2015.3 on or before December 9, 2014. All, or substantially all, of the financial information has been previously produced to the SEC in the Civil Action.

The inclusion of the financial information pertaining to the IOM Trusts and their assets shall not be deemed: an admission that any of the IOM Trusts or their assets are property of the Debtor's bankruptcy estate; an admission that the Debtor holds a substantial or controlling interest in any of the IOM Trusts or assets; an admission of any allegations made by the SEC; a waiver of any position or defenses of Wyly or the Debtor in the Civil Action; or a waiver of Wyly or the Debtor's right to challenge any findings made by the jury or findings of fact or conclusions of law made by the District Court in post-judgment proceedings or in any appeal of any judgment ultimately entered in the Civil Action.

US 3077786v.7

The inclusion of the financial information on the IOM Trusts and their assets shall also not be deemed a waiver of any rights, positions or defenses of Wyly or the Debtor with respect to any audit or assessment made by the Internal Revenue Service ("*IRS*") or any other governmental unit.

On Exhibit B-20, the Debtor has listed her beneficial interest in two IOM Trusts.  Debtor's counsel is reviewing whether those beneficial interests are excluded from property of the bankruptcy estate under Bankruptcy Code § 541(c)(2).  The Debtor reserves all rights on this issue and inclusion of such interests on the Schedules and Statements shall not be deemed an admission.

In addition, with respect to the Civil Action, the Debtor's rights to seek post-trial relief including, but not limited to, any appeal with respect to the Disgorgement Ruling of Sept. 25, 2014 and any other or subsequent rulings, orders, or judgment in the Civil Action are also property of the estate, and the Debtor reserves all of her rights with respect to same.

**Schedule C**. Exempt Property.

Schedule C lists the Debtor's personal and real properties that are claimed as exempt along with the legal bases for such claim.  The exemptions include the Debtor's annuities in accordance with Tex. Ins. Code § 1108.051.

**Schedule D**. Creditors Holding Secured Claims.

Except as otherwise agreed pursuant to a stipulation, agreed order or general order entered by the Bankruptcy Court, the Debtor reserves her right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves her right to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims, and no claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements, source documents, and statutes is necessary for a complete description and understanding of the collateral and the nature, extent and priority of any liens.  Nothing in the Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of the foregoing.  Unless specifically stated herein, utility companies and other parties that may hold security deposits have not been listed on Schedule D.

US 3077786v.7

**Schedule F**. Creditors Holding Unsecured Nonpriority Claims.

The Debtor has used best efforts to report all general unsecured claims against the Debtor on Schedule F based upon the Debtor's existing books and records. The claims of individual creditors are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits due from such creditors to the Debtor. The Debtor reserves all rights with respect to any such credits including the right to assert claims objections and/or setoffs with respect to same.

Schedule F includes the prepetition amounts owing to, among others, counterparties to executory contracts. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or in connection with adequate assurance payments made to utilities. Schedule F does not include rejection damage claims of the counterparties to executory contracts that may be rejected, if any.

The IRS is conducting ongoing audits of the Debtor and the probate estate of Charles J. Wyly, Jr., however, no current prepetition claim of the IRS is currently known or assessed. The Debtor is otherwise unable to determine with certainty an IRS claim, or amount, if any. The Debtor may file a motion pursuant to Bankruptcy Code § 505 to Determine Tax Liability, if any. In addition, in connection with whatever claim the IRS may assert, if any, the Debtor may have a right to credit or setoff against any such claim vis-à-vis any payment made on account of the SEC's alleged claim.

**Schedule G**. Executory Contracts.

The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contracts set forth on Schedule G and to amend or supplement Schedule G as necessary. The contracts listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements and other documents that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. The presence of a contract on Schedule G does not constitute an admission that such contract is an executory contract, and the Debtor reserves all rights in that regard, including, without limitation, that any contract is not executory, has expired pursuant to its terms or was terminated. The Debtor further reserves all rights, claims, and causes of action with respect to the contracts listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim.

**Schedule H**. Co-Debtors.

While Schedule H reflects no Guaranties by the Debtor, the Debtor may not have identified certain Guaranties that are embedded in the Debtor's executory

US 3077786v.7

contracts, secured financings, debt instruments, and other agreements.  The Debtor reserves her right to amend the Schedules to the extent that additional Guaranties are identified or such Guaranties are discovered to have expired or are unenforceable.

8

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Texas

In re    **Caroline D Wyly**                             ,    Case No.   **14-35043 (JT Admin)**

                                             Debtor

Chapter                       **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re __Caroline D Wyly__                          Case No.    __14-35043 (JT Admin)__
                              Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Dallas Residence**<br>**5906 Deloache Ave**<br>**Dallas, TX 75225** | **Fee simple** | **W** | **$6,700,000.00** | **$0.00** |
| **Colorado Residence - Parcel D**<br>**Woody Creek, CO 81656** | **Community property interest in Little Woody Creek Road, Corporation** | **W** | **$3,700,000.00** | **$0.00** |
| **Colorado Residence - Parcel A**<br>**955 Little Woody Creek Rd.**<br>**Woody Creek, CO 81656**<br><br>**NOTE: Value represents 100%; however ½ of the value is a community property interest of the Charles J Wyly, Jr. probate estate.** | **Fee Simple** | **W** | **$28,000,000.00** | **$13,519,907.10** |
| | | Total: | **$38,400,000.00** | |

(Report also on Summary of Schedules)

*Note: Real estate taxes are reported on Schedule D.*

Sheet 1 of 1 total sheets in Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re __Caroline D Wyly__                                              Case No. __14-35043 (JT Admin)__
                        Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | **W** | **$300.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Alpine Bank (0034);** **BBVA Compass (8036);** **BBVA Compass(1541);** **BBVA Compass(8001);** **BBVA Compass (0630);** **BBVA Compass (8133);** **BBVA Compass (8827);** **PlainsCapital Bank (7248);** **BBVA Compass (1743) - Joint account held between the Charles J. Wyly, Jr. Probate Estate and Samuel E. Wyly for the purpose of shared legal fee disbursements.** | **W** | **$3,195,018.37** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Miscellaneous Deposits** | **W** | **Unknown** |
| | | **Jet Linx Latitude Membership** | **W** | **$9,400.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **See Exhibit B.4 (Colorado Residence)** | **W** | **$622,680.00** |
| | | **See Exhibit B.4 (Dallas Residence)** | **W** | **$369,753.00** |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **See Exhibit B.5 (Colorado Residence)** | **W** | **$1,192,205.00** |
| | | **See Exhibit B.5 (Dallas Residence)** | **W** | **$171,162.00** |
| 6. Wearing apparel. | | **Dallas and Colorado Residences** | **W** | **Unknown** |
| 7. Furs and jewelry. | | **See Exhibit B.7 (Dallas and Colorado Residences)** | **W** | **$4,000,000.00** |

B 6B (Official Form 6B) (12/07) - Cont.

| In re | Caroline D Wyly | | Case No. | 14-35074 |
|---|---|---|---|---|
| | **Debtor** | | | **(If known)** |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Debtor owns ~1% GP interest through the Charles J Wyly and Caroline D Wyly Revocable Trust in Stargate, Ltd (surrender value) which owns the policy | W | $15,910.69 |
| 10. Annuities. Itemize and name each issuer. | | Roaring Fork Limited annuity as a result of ownership in Stargate Investments, Ltd. (actuarial value. Terminates on DOD) | W | $10,994,451.00 |
| | | Great Western Life &  Annuity Insurance Company (Non-Transferable) $1,252.46 per month until death. | W | N/A |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Charles J. Wyly, Jr. Defined Benefit Pension Plan (investments administered by Citco Fund Services) | W | $5,715,089.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 50,000 Shares of Pizza Inn | W | $352,500.00 |
| | | 12.5 shares of Salvation Ditch Company (water rights) | W | $75,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Arlington Stonebridge (1.6667% LP Interest in the name of Estate of Charles J. Wyly, Jr.) | W | $69,241.00 |
| | | Aspen Flyers (~1.9% LP interest in the name of Estate of Charles J. Wyly, Jr.) | W | $211,108.28 |
| | | C&S Aviation (51% LLC interest) | W | $12,757.71 |
| | | Shadywood USA, Ltd. (~0.1% GP interest) | W | $1,350.00 |
| | | Stargate Investments (2% GP interest and 98% LP interest held by the Charles J Wyly and Caroline D Wyly Revocable Trust) | W | $46,642.00 |
| | | Stargate, Ltd. (~1% GP interest held by the Charles J Wyly and Caroline D Wyly Revocable Trust) | W | $361,284.78 |

B 6B (Official Form 6B) (12/07) - Cont.

In re __Caroline D Wyly__                                    Case No. __14-35074__
               __Debtor__                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Note Receivable - Little Woody LLC (maturity 4/11/2023)** | **W** | **$90,245.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Probate Estate of Charles J. Wyly, Jr.** | **W** | **Unknown** |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Probate Estate of Charles J. Wyly, Jr.** | **W** | **Unknown** |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **See Exhibit B.20a** | **W** | **None** |
| | | **See Exhibit B.20b** | **W** | **TBD** |
| | | ** Listing the summary and detail of Isle of Man Trust Assets (as of 12/31/2013). Listed in abundance of caution and as a matter of full disclosure. Legal review on-going. All rights reserved. | | |
| | | NOTES: Beneficial interests in trusts may not be property of the bankruptcy estate. See 11 U.S.C. 541(c)(2). Listed in an abundance of caution and as a matter of full disclosure. Legal review on-going. All rights reserved. | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re   **Caroline D Wyly**                                    Case No.   **14-35074**
<br>                    **Debtor**                                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N<br>O<br>N<br>E | Description and Location<br>of Property | Husband,<br>Wife,<br>Joint<br>or<br>Community | Current Value of<br>Debtor's Interest<br>In Property, With-<br>Out Deducting<br>Any<br>Secured Claim<br>or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Legal overbilling claims in litigation matter** | **W** | **Unknown** |
| | | Property interests of the Debtor in or relating to assets, including, but not limited to, assets held by the entities described on Schedule B, Exhibits B-20a and B-20b (the "IOM Trusts and Companies") *to the extent*: (i) any of the Relief Defendants (as named in pleadings filed by the SEC in the Civil Action) and/or any additional entities are in possession of property titled in the name of or distributed from the IOM Trusts and Companies or hold and retain within their possession or control funds or other assets or things of value presently held by them, under their control, or over which they exercise actual or apparent investment or other authority, in whatever form such assets may presently exist, wherever located, which were, at any time, the property of the IOM Trusts and Companies, loaned by the IOM Trusts and Companies, or acquired with funds received from the IOM Trusts and Companies and (ii) the Debtor holds, under Bankruptcy Code § 541 (which broadly defines property of the estate as "all legal and equitable interests of the debtor in property as of the commencement of the case" and includes all of the debtor's claims and causes of action, *see In re S.I. Acquisition, Inc.*, 817 F.2d 1142, 1149 (5th Cir. 1987)), causes of action or claims for recovery of any of the foregoing - described property by virtue of all legal theories that are or constitute "general" causes of action which are "derivative" of the rights and claims of the Debtor and of her creditors (as opposed to creditors' individual rights to bring "direct" causes of action that are "personal" to the particular creditor), such as fraudulent transfer law, *see In re Mortgage America Corp.*, 714 F.2d 1266, 1275 (5th Cir. 1983), *In re Schimmelpenninck*, 183 F.3d 347, 359 (5th Cir. 1999), and *Koch Refining v. Farmers Union Central Exch., Inc.*, 831 F.2d 1339, 1343 (7th Cir. 1987), *cert. denied* 485 U.S. 906 (1988). | **W** | **TBD** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | **X** | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | **X** | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | **X** | | | |

B 6B (Official Form 6B) (12/07) - Cont.

| In re | Caroline D Wyly | | Case No. | 14-35074 | |
|---|---|---|---|---|---|
| | Debtor | | | (If known) | |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Dallas and Colorado Residences** | **W** | **$50,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Colorado Residence/Ranch equipment and supplies** | **W** | **$15,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Community Property Interest in Probate Estate of Charles J. Wyly, Jr.** | **W** | **Unknown** |

| | Total > | **$27,571,097.83** |
|---|---|---|

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re **Caroline D Wyly** , Case No. **14-35043 (JT Admin)**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ■ Check if debtor claims a homestead exemption that exceeds
(Check one box) $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
□ 11 U.S.C. §522(b)(2) *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Dallas Residence** | Tex. Const. art. XVI, §§ 50, 51, Tex. | **6,700,000.00** | **6,700,000.00** |
| **5906 Deloache Ave** | **Prop. Code §§ 41.001-.002** | | |
| **Dallas, TX 75225** | | | |
| **Household Goods and Furnishings** | | | |
| See Exhibit B.4 (Colorado Residence) | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) ***Some or all of these personal property assets may be selected as exempt assets, up to the total of $60,000. | *** | 622,680.00 |
| See Exhibit B.4 (Dallas Residence) | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) ***Some or all of these personal property assets may be selected as exempt assets, up to the total of $60,000. | *** | 369,753.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| See Exhibit B.5 (Colorado Residence) | Tex. Const. art. XVI, §49; Tex. Prop. Code §§ 42.001(a), (d), 42.002 ***Some or all of these personal property assets may be selected as exempt assets, up to the total of $60,000. | ***60,000.00 | 1,192,205.00 |
| See Exhibit B.5 (Dallas Residence) | Tex. Const. art. XVI, §49; Tex. Prop. Code §§ 42.001(a), (d), 42.002 ***Some or all of these personal property assets may be selected as exempt assets, up to the total of $60,000. | *** | 171,162.00 |
| **Furs and Jewelry** | | | |
| See Exhibit B.7 (Dallas and Colorado Residences) | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(6) ***Some or all of these personal property assets may be selected as exempt assets, up to the total of $60,000. | *** | 4,000,000.00 |
| **Annuities** | | | |
| **Roaring Fork Limited annuity as a result of ownership in Stargate Investments, Ltd. (actuarial value. Terminates on DOD)** | Tex. Ins. Code § 1108.051 | 10,994,451.00 | 10,994,451.00 |
| Great Western Life &  Annuity Insurance Company (Non-Transferable) $1,252.46 per month until death. | Tex. Ins. Code § 1108.051 | 0.00 | Unknown |

__1__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re __Caroline D Wyly__ , Case No. __14-35043 (JT Admin)__

_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Charles J. Wyly, Jr. Defined Benefit Pension Plan (investments administered by Citco Fund Services)** | **Tex. Ins. Code § 1108.051** | **5,715,089.00** | **5,715,089.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Dallas and Colorado Residences** | **Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(9) ***Some or all of these personal property assets may be selected as exempt assets, up to the total of $60,000.** | **\*\*\*** | **50,000.00** |
| | | Total: **23,469,540.00** | **29,815,340.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __Caroline D Wyly__ , Case No. __14-35043 (JT Admin)__
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3445-2** <br><br>BBVA Compass<br>PO Box 11631<br>Birmingham, AL 35202-1961 | | W | 9/7/2010 <br><br>Colorado Residence - Parcel A <br><br> Value $ 28,000,000.00 | | | | 13,519,907.10 | 0.00 |
| Account No. <br><br>Charles J. Wyly, III<br>300 Crescent Court<br>Suite 850<br>Dallas, TX 75201 | | W | 10/22/2014 <br><br>Control Account Agmt and Security Agreement <br><br> Value $ 3,000,000.00 | | | | 3,000,000.00 | 0.00 |
| Account No. **2311** <br><br>John Ames - Dallas County Tax Assessor<br>500 Elm Street<br>Records Building<br>Dallas, TX 75202 | | W | 10/22/14 <br><br>1/1/2014 to 10/22/2014<br>Property Taxes on Dallas Residence <br><br> Value $ 6,700,000.00 | | | | 95,000.00 | 0.00 |
| Account No. **0514** <br><br>Pitkin County Tax Assessor<br>506 E Main St # 202<br>Aspen, CO 81611 | | W | 10/22/14 <br><br>1/1/2014 to 10/22/2014<br>Property Taxes on Colorado Residence (Parcel A and Parcel D) <br><br> Value $ 31,700,000.00 | | | | 53,000.00 | 0.00 |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 16,667,907.10 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 16,667,907.10 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    **Caroline D Wyly** _____ ,    Case No. __14-35043 (JT Admin)_____

                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

              **0**    continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
               Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Caroline D Wyly**                                                                    ,    Case No.  **14-35043 (JT Admin)**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **0757** <br><br> **AT&T** <br> **P.O. Box 105414** <br> **Atlanta, GA 30348-5414** | | | W | | **9/23/14 to 10/22/14** <br> **Dallas Residence service** | | | | 284.78 |
| Account No. **7864** <br><br> **AT&T** <br> **P.O. Box 105414** <br> **Atlanta, GA 30348-5414** | | | W | | **pre-petition** <br> **Dallas Residence** | | | | 14.13 |
| Account No. **6633** <br><br> **AT&T U-Verse** <br> **P.O. Box 5014** <br> **Carol Stream, IL 60197-5014** | | | W | | **October 2014** <br> **Dallas Residence television** | | | | 36.40 |
| Account No. **0503** <br><br> **Atmos Energy** <br> **P.O. Box 790311** <br> **Saint Louis, MO 63179-0311** | | | W | | **9/10/14 to 10/10/14** <br> **Dallas Residence** | | | | 57.41 |
| __**12**__   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 392.72 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    S/N:49189-141010   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Caroline D Wyly__ , Case No. __14-35043 (JT Admin)__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0883** <br><br> **Bibbentuckers** <br> **4245 North Central Expwy** <br> **Suite 510** <br> **Dallas, TX 75205** | | W | | **9/5/14 to 9/19/14 & 10/7/14 to 10/17/14** <br> **Dry Cleaning** | | | | 265.68 |
| Account No. <br><br> **Bickel & Brewer** <br> **1717 Main St., Suite 4800** <br> **Dallas, TX 75201** | | W | | **Legal Fees** | | | X | 1,510.24 |
| Account No. <br><br> **Bifano Furs** <br> **4205 Sigma Rd @ Midway Rd** <br> **Dallas, TX 75244** | | W | | **Storage and Cleaning Service** | | | | 7,182.65 |
| Account No. <br><br> **Board by Design** <br> **1949 Delores Way** <br> **Carbondale, CO 81623** | | W | | **Early October 2014** <br> **Colorado Residence** | | | | 2,713.00 |
| Account No. **3770** <br><br> **Brookhollow Golf Club** <br> **8301 Harry Hines Blvd** <br> **Dallas, TX 75235** | | W | | **October 2014** <br> **Club Dues** | | | | 534.49 |

Sheet no. __1__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,206.06

B6F (Official Form 6F) (12/07) - Cont.

In re **Caroline D Wyly**                                              , Case No. **14-35043 (JT Admin)**
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CDW Children's Trust** <br>**300 Crescent Court** <br>**Suite 850** <br>**Dallas, TX 75201** | | W | **Unsecured Loan** | | | | 600,000.00 |
| Account No. **914R** <br><br>**Century Link** <br>**P.O. Box 29040** <br>**Phoenix, AZ 85038-9040** | | W | **Colorado Residence Cable/Phone/Internet** | | | | 31.58 |
| Account No. **005R** <br><br>**Century Link** <br>**P.O. Box 29040** <br>**Phoenix, AZ 85038-9040** | | W | **Colorado Residence Cable/Phone/Internet** | | | | 123.73 |
| Account No. **350R** <br><br>**Century Link** <br>**P.O. Box 29040** <br>**Phoenix, AZ 85038-9040** | | W | **Colorado Residence Cable/Phone/Internet** | | | | 58.53 |
| Account No. **915R** <br><br>**Century Link** <br>**P.O. Box 29040** <br>**Phoenix, AZ 85038-9040** | | W | **Colorado Residence Cable/Phone/Internet** | | | | 31.58 |

Sheet no. **2** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **600,245.42**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Caroline D Wyly**
_____ ,
                           Debtor

Case No.  **14-35043 (JT Admin)**
_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **746R** <br><br> **Century Link** <br> **P.O. Box 29040** <br> **Phoenix, AZ 85038-9040** | | W | **Colorado Residence Cable/Phone/Internet** | | | | **67.24** |
| Account No. <br><br> **Charles & Carolyn Wyly Children's Trust** <br> **300 Crescent Court** <br> **Suite 850** <br> **Dallas, TX 75201** | | W | **Unsecured Loan** | | | | **1,500,000.00** |
| Account No. **2057** <br><br> **City of Dallas** <br> **City Hall, 1AN** <br> **Dallas, TX 75277** | | W | **Dallas Residence (Water/Sewer)** | | | | **1,124.56** |
| Account No. **5938** <br><br> **Compass Bank** <br> **PO Box 2210** <br> **Decatur, AL 35699-0001** | | W | **Credit Card** | | | | **53.93** |
| Account No. <br><br> **Compass Lexicon** <br> **332 S. Michigan Ave.** <br> **Dallas, TX 75284** | | W | **Legal Fees** | | | | **440,000.00** |

Sheet no. __**3**__ of __**12**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,941,245.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Caroline D Wyly**                                              ,                    Case No.   **14-35043 (JT Admin)**
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Legal Fees | | | | |
| **Cornerstone Research** **Two Embarcadero Center, 20th Floor** **San Francisco, CA 94111-3922** | | | W | | | | | |
| | | | | | | | | 5,238.61 |
| Account No.  **Wyly Ranch** | | | | 9/25/14 and 10/20/14 Colorado Residence | | | | |
| **Culligan Water** **1107 Hendrick Dr.** **Carbondale, CO 81623-2554** | | | W | | | | | |
| | | | | | | | | 1,102.70 |
| Account No.  **5906** | | | | October 2014 Storage | | | | |
| **Delivery Limited** **8220 Amabassador Row** **Dallas, TX 75247** | | | W | | | | | |
| | | | | | | | | 716.32 |
| Account No. | | | | 9/12/14 Colorado Residence | | | | |
| **Eagle Crest Nursery** **0400 Gillespie Dr.** **El Jebel, CO 81623** | | | W | | | | | |
| | | | | | | | | 16.79 |
| Account No.  **2798** | | | | September 2014 Web Hosting | | | | |
| **Empire Discovery** **148 Madison Ave.** **9th Floor** **New York, NY 10016** | | | W | | | | | |
| | | | | | | | | 444.57 |

Sheet no. __4___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                                    Subtotal                    | 7,518.99 |
                                                                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Caroline D Wyly__ , Case No. __14-35043 (JT Admin)__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5818**<br><br>**Gradillas Court Reporters**<br>**345 North Maple Drive, Suite 185**<br>**Beverly Hills, CA 90210** | | W | | **7/17/14**<br>**Legal** | | | | **276.67** |
| Account No. **6934**<br><br>**Green Mountain Energy**<br>**PO Box 660305**<br>**Dallas, TX 75266-0305** | | W | | **9/18 to 10/17**<br>**Dallas Residence Energy** | | | | **3,645.96** |
| Account No. **8948**<br><br>**Hallett & Perrin, P.C.**□□<br>**1445 Ross Ave.**<br>**Suite 2400**<br>**Dallas, TX 75202** | | W | | **10/1/14 to 10/23/14**<br>**Legal Fees** | | | | **12,933.33** |
| Account No.<br><br>**Highland Stargate**<br>**300 Crescent Court, Suite 850**<br>**Dallas, TX 75201** | | W | | **Q2, Q3, and Pro-Rata Q4 2014**<br>**Family Office Allocation** | | | | **1,025,247.25** |
| Account No. **0051**<br><br>**Holt Cat**<br>**PO Box 911975**<br>**Dallas, TX 75391-1975** | | W | | **10/13/14**<br>**Dallas Residence Maintenance** | | | | **568.31** |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,042,671.52**

B6F (Official Form 6F) (12/07) - Cont.

In re __Caroline D Wyly__ , Case No. __14-35043 (JT Admin)__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0802** <br><br> Holy Cross Energy <br> 3799 Highway 82 <br> P.O. Box 2150 <br> Glenwood Springs, CO 81620-2150 | | W | | **9/1/14 to 10/23/14** <br> **Colorado Residence Energy** | | | | 64.04 |
| Account No. **3202** <br><br> Holy Cross Energy <br> 3799 Highway 82 <br> P.O. Box 2150 <br> Glenwood Springs, CO 81620-2150 | | W | | **9/1/14 to 10/23/14** <br> **Colorado Residence Energy** | | | | 717.53 |
| Account No. **2900** <br><br> Holy Cross Energy <br> 3799 Highway 82 <br> P.O. Box 2150 <br> Glenwood Springs, CO 81620-2150 | | W | | **9/1/14 to 10/23/14** <br> **Colorado Residence Energy** | | | | 3,723.60 |
| Account No. **0900** <br><br> Holy Cross Energy <br> 3799 Highway 82 <br> P.O. Box 2150 <br> Glenwood Springs, CO 81620-2150 | | W | | **9/1/14 to 10/23/14** <br> **Colorado Residence Energy** | | | | 749.60 |
| Account No. <br><br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, PA 19101-7346 | | W | | **Taxes and Other Debts** | X | X | X | Unknown |

Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,254.77

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Caroline D Wyly**                                                           ,  Case No.  **14-35043 (JT Admin)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1993**<br><br>Inventus<br>2001 Bryan St.<br>Suite 2180<br>Dallas, TX 75201 | | W | September 2014<br>Monthly Hosting & User Fee | | | X | 2,648.12 |
| Account No.<br><br>John McConnell<br>725 Northridge Drive<br>West Lafayette, IN 47906 | | W | September 2014<br>Legal Fees | | | X | 2,916.67 |
| Account No. **1893**<br><br>JP Morgan Chase Credit Card<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | W | Credit Card | | | X | 3,613.29 |
| Account No. **7744**<br><br>Knight Security Systems<br>PO Box 59321<br>Dallas, TX 75229-1321 | | W | 10/1/14 to 10/9/14<br>Dallas Residence Security | | | | 422.86 |
| Account No.<br><br>Kroney Morse Lan, PC<br>Attn: Donald P. Lan, Jr.<br>12221 Merit Drive, Suite 825<br>Dallas, TX 75251 | | W | Legal Fees | | | | 34,180.63 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 43,781.57

B6F (Official Form 6F) (12/07) - Cont.

In re __**Caroline D Wyly**_____,  Case No. __**14-35043 (JT Admin)**_____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Levick Communications**<br>**1900 M Street, NW**<br>**Washington, DC 20036** | | W | | **September and October 2014**<br>**Consulting** | | | | **1,344.93** |
| Account No. **6760** <br><br>**MCI Residential**<br>**P.O. Box 650355**<br>**Dallas, TX 75265-0355** | | W | | **Dallas Residence** | | | | **17.30** |
| Account No. **0841** <br><br>**NTTA Tolltag Office**<br>**PO Box 660244**<br>**Dallas, TX 75266** | | W | | **June to October 2014**<br>**Toll Road charges** | | | | **16.83** |
| Account No. <br><br>**Oates, Knezevich, Gardenswartz**<br>**533 East Hopkins Ave**<br>**Aspen, CO 81611** | | W | | **Service through 9/30/14**<br>**Legal Services** | | | | **160.00** |
| Account No. **5327** <br><br>**Pool Environments**<br>**1006 20th Street**<br>**Plano, TX 75074** | | W | | **10/16/2014**<br>**Dallas Residence pool service** | | | | **161.00** |

Sheet no. __**8**___ of __**12**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,700.06**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Caroline D Wyly**                                   ,     Case No.   **14-35043 (JT Admin)**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**Ralph L. Duesing Architect, LLC**<br>**2723 Routh St.**<br>**Dallas, TX 75201** | | W | | | **October 2014**<br>**Dallas Residence Architect** | | | | 6,910.69 |
| Account No. **150**<br><br>**Randy Clowdus**<br>**807 Victoria Lane**<br>**Southlake, TX 76092** | | W | | | **10/3/2014 to 10/20/2014**<br>**Dallas Residence General Contractor** | | | | 35,009.76 |
| Account No. <br><br>**Scott Allen Pest Control**<br>**PO Box 9**<br>**Collinsville, TX 76233** | | W | | | **Dallas Residence** | | | | 135.31 |
| Account No. **Note 1**<br><br>**Security Capital - Kinetic Partners**<br>**The Harbour Center - 42 Church St.**<br>**PO Box 10387 - GRAND CAYMAN**<br>**Cayman Islands, KYI 1004** | | W | | | **Unsecured Promissory Note (relates to Probate Estate of Charles J. Wyly, Jr.)** | | X | | 6,464,761.64 |
| Account No. **Note 2**<br><br>**Security Capital - Kinetic Partners**<br>**The Harbour Center - 42 Church St.**<br>**PO Box 10387 - GRAND CAYMAN**<br>**Cayman Islands, KYI 1004** | | W | | | **Unsecured Promissory Note (relates to Probate Estate of Charles J. Wyly, Jr.)** | | X | | 27,600,547.94 |

Sheet no.  **9**  of  **12**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal           | **34,107,365.34**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Caroline D Wyly__ , Case No. __14-35043 (JT Admin)__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. <br><br> **Shelby Wagner Design** <br> **3838 Oak Lawn Ave., Suite 710** <br> **Dallas, TX 75219** | | W | | | **September and October 2014** <br> **Dallas Residence Capital Renovation** | | | | 17,872.69 |
| Account No. 067A <br><br> **Snowmass Club** <br> **P.O. Box G-2** <br> **Snowmass Village, CO 81615** | | W | | | **Sept and October 2014** <br> **Club Dues** | | | | 702.37 |
| Account No. 9586 <br><br> **Stanley Korshak** <br> **PO Box 31021** <br> **Tampa, FL 33631-3021** | | W | | | **Merchandise** | | | | 5,590.00 |
| Account No. <br><br> **Stargate, Ltd.** <br> **300 Crescent Court** <br> **Suite 850** <br> **Dallas, TX 75201** | | W | | | **Unsecured Loan** | | | | 28,080,127.92 |
| Account No. 7183 <br><br> **Steadman Clinic** <br> **PO Box 660706** <br> **Dallas, TX 75266-0706** | | W | | | **9/29/2014 and 9/30/2014** <br> **Medical Expenses** | | | | 30.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,104,322.98

B6F (Official Form 6F) (12/07) - Cont.

In re    **Caroline D Wyly**                                                             ,        Case No.   **14-35043 (JT Admin)**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0206** <br><br> **Structural Associates Company** <br> **4185 County Road 154** <br> **Glenwood Springs, CO 81601** | | W | September 2014 <br> Colorado Residence | | | | 845.00 |
| Account No. <br><br> **Susman Godfrey** <br> **1000 Louisiana, Suite 5100** <br> **Houston, TX 77002** | | W | September 2014 <br> Legal Fees | | | | 66,642.18 |
| Account No. <br><br> **Texas Garden Services** <br> **7750 N. MacArthur Blvd.** <br> **Suite 12-155** <br> **Irving, TX 75063** | | W | 8/27/14, 9/25/14, 10/13/14 <br> Dallas Residence Landscaping | | | | 2,145.45 |
| Account No. <br><br> **Thanks-Giving Square** <br> **PO Box 131770** <br> **Dallas, TX 75313** | | W | Debtor Grant Commitment | | | | 12,500.00 |
| Account No. <br><br> **Third Church of Christ, Scientist** <br> **Dallas** <br> **4419 Oak Lawn Ave.** <br> **Dallas, TX 75219** | | W | Debtor Grant Commitment | | | | 20,000.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

102,132.63

B6F (Official Form 6F) (12/07) - Cont.

In re __Caroline D Wyly__ , Case No. __14-35043 (JT Admin)__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Litigation Claims | | | | |
| U.S. Securities and Exchange Commission Attn: Bridget Fitzpatrick 100 F. Street, NE Washington, DC 20549 | | W | | | X | X | X | Unknown |
| Account No. 0037 | | | | Pre-petition October Mobile Service | | | | |
| Verizon Wireless PO Box 660108 Dallas, TX 75266-0108 | | W | | | | | | 16.82 |
| Account No. | | | | June/July 2014 Colorado Residence | | | | |
| YesterYear House and Home 1980 County Road 102 Carbondale, CO 81623 | | W | | | | | | 1,023.75 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,040.57 |
| | Total (Report on Summary of Schedules) | 65,969,878.36 |

B6G (Official Form 6G) (12/07)

In re __Caroline D Wyly__ , Case No. __14-35043 (JT Admin)__

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Chubb Lloyds of Texas<br>202 Hall's Mill Road<br>Whitehouse Station, NJ 08889 | Insurance - Dwelling and Personal Property<br>5906 Deloache Ave.<br>Dallas, TX 75225 |
| Chubb Lloyds of Texas<br>202 Hall's Mill Road<br>Whitehouse Station, NJ 08889 | Auto Insurance<br>Two vehicles (each one is a 2002 Mercedes) |
| Chubbs Custom Insurance Company<br>202 Hall's Mill Road<br>PO Box 1600<br>Whitehouse Station, NJ 08889 | Insurance - Family Group Excess Liability |
| Federal Insurance Company<br>202 Hall's Mill Road<br>Whitehouse Station, NJ 08889 | Auto Insurance for 1970 Jeep, 1995 Toyota, 1998 Land Rover, 2005 Audi, 2001 Eton, 2001 Eton, 1993 Yamaha |
| Federal Insurance Company<br>202 Hall's Mill Road<br>Whitehouse Station, NJ 08889 | Insurance - Special Coverage |
| Firemen's Fund Insurance Company<br>500 North Akard<br>Dallas, TX 75201 | Insurance - 2nd Layer Family Group Excess Liability |
| Great Northern Insurance Company<br>202 Hall's Mills Road<br>PO Box 1600<br>Whitehouse Station, NJ 08889 | Insurance - Dwelling and Personal Property<br>955 Little Woody Creek Rd.<br>Woody Creek, CO |
| Great Northern Insurance Company<br>202 Hall's Mills Road<br>PO Box 1600<br>Whitehouse Station, NJ 08889 | Additional Insured - Dwelling and Personal Property<br>1137 Little Woody Creek Road<br>Woody Creek, CO |
| Great Northern Insurance Company<br>202 Hall's Mills Road<br>PO Box 1600<br>Whitehouse Station, NJ 08889 | Insurance - Dwelling and Personal Property<br>1059 Woody Creek Road<br>Woody Creek, CO |
| Great Northern Insurance Company<br>202 Hall's Mills Road<br>PO Box 1600<br>Whitehouse Station, NJ 08889 | Insurance - Blanket Coverage for Valuable Articles |

1

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Caroline D Wyly**                        ,     Case No.    **14-35043 (JT Admin)**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Jet Linx Aviation, LLC**<br>**2717 North 18th St.**<br>**Suite 102**<br>**Omaha, NE 68164** | **Latitude Jet Card to be used for guaranteed pricing and availability for aircraft flight hours in a certain size aircraft. (9.4 hours of credit remaining)** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __Caroline D Wyly_____,  Case No. __14-35043 (JT Admin)_____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Probate Estate of Charles J. Wyly, Jr.**<br>**300 Crescent Ct**<br>**Suite 850**<br>**Dallas, TX 75201** | **BBVA Compass**<br>**PO Box 11631**<br>**Birmingham, AL 35202** |
| **Probate Estate of Charles J. Wyly, Jr.**<br>**300 Crescent Ct., Suite 850**<br>**Dallas, TX 75201** | **Stargate, Ltd.**<br>**300 Crescent Ct., Suite 850**<br>**Dallas, TX 75201** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

Debtor 1 **Caroline D Wyly**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number **14-35043 (JT Admin)**
(If known)

Check if this is:

■ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                   12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Family Office** | |
| | Employer's name | **Highland Stargate** | |
| | Employer's address | **300 Crescent Court**<br>**Suite 850**<br>**Dallas, TX 75201** | |
| | How long employed there? | 3 years | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,000.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 2,000.00 | $ N/A |

Debtor 1 __Caroline D Wyly_____     Case number (*if known*) __14-35043 (JT Admin)__

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ........................................... | 4. | $ **2,000.00** | $ **N/A** |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **387.06** | $ **N/A** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| | 5e. **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| | 5g. **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **387.06** | **N/A** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **1,612.94** | **N/A** |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| | 8b. **Interest and dividends** | 8b. | $ **636.38** | $ **N/A** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| | 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| | 8e. **Social Security** | 8e. | $ **3,015.00** | $ **N/A** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **N/A** |
| | 8g. **Pension or retirement income** | 8g. | $ **39,449.33** | $ **N/A** |
| | 8h. **Other monthly income.** Specify: __Annuity (Roaring Fork / Stargate Investments)__ | 8h.+ | $ **124,922.08** + | $ **N/A** |
| | __Great Western Annuity__ | | $ **1,252.46** | **N/A** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **169,275.25** | $ **N/A** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **170,888.19** + $ **N/A** = | $ **170,888.19** |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____     11. + $ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data,* if it applies     12. $ **170,888.19**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: [_____]

**Fill in this information to identify your case:**

Debtor 1     **Caroline D Wyly**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number   **14-35043 (JT Admin)**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

     MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses
                                                       12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:**    **Describe Your Household**

1.   **Is this a joint case?**

     ■ No. Go to line 2.

     ☐ Yes. **Does Debtor 2 live in a separate household?**

         ☐ No

         ☐ Yes. Debtor 2 must file a separate Schedule J.

2.   **Do you have dependents?**    ■ No

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent.............. | | | |
| Do not state the dependents' names. | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No   ☐ Yes

**Part 2:**    **Estimate Your Ongoing Monthly Expenses**

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

| | | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 79,517.33 |
| **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a. $ | 15,084.83 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $ | 7,447.58 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | 7,972.98 |
| 4d.   Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5.   **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1   **Caroline D Wyly** _____ Case number (if known)   **14-35043 (JT Admin)**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 13,736.50 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 1,386.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 1,310.29 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,583.33 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 2,313.33 |
| 10. | **Personal care products and services** | | 10. $ | 675.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 350.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 1,330.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 606.33 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: **Family Blanket Valuables Policy** | | 16. $ | 2,708.33 |
| | Specify: **Federal Income Taxes** | | $ | 50,000.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | 19. $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 33,833.34 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **Family Office** | | 21. +$ | 101,359.18 |
| | **Ordinary Course Professionals** | | +$ | 1,314.58 |
| | **Contingency / Miscellaneous** | | +$ | 3,146.59 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 326,175.52 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 170,888.19 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 326,175.52 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -155,287.33 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.
Explain:

> **Expenses are expected to decrease with resolution of litigation and bankruptcy matters, completion of home renovation, and reductions in insurance and other operating expenses.**

Exhibit B.4

| Location | Valuation Date | Asset Class | Item | Description | QTY | FMV |
|---|---|---|---|---|---|---|
| Colorado Residence | 8/7/2011 | Furniture | Miscellaneous | Exercise equipment; massage chair; sofa; stools; lamps; misc electronics; Goatskin rug; Leather Contemp; wool rug contemp, goatskin; kilim rug contemp; 5 pcs electronics; 4 barstools Table black walnut/cabinetmaker Steve Crowley; rocker; lamps; magazine box; easy chair; Kilim rug; desk, chair & lamp; table lamps; headboard/side tables; TV wallmount; garden furniture (6); Baby grand piano, Roland, electronic digitalized; with stool kitchen table & chairs; bar stools; Glass-wood table; wood cupboard (artist Susan Working); Sofa; mirror/rebar frame; upholstered chairs;floor lamps; pair stands; pedestal; Garden bench; misc outdoor furniture Chair exotic woods/cabinetmaker Sam Maloof; lounge chair, drink table, lamps; box light Exotic wood tables; lamps; 2 qn beds; hanging lamp; lucite table; chairs and pholstered chairs, ottoman; Beds; wood stand; mirror and table; upholstered chair; 1 lot garden furniture; stools; nitestand; lamp/floorlamps; | Various | $ 72,970 |
| Colorado Residence | 8/7/2011 | Furniture | Table | Drinks table, exotic woods/cabinetmaker Sam Maloof/circular multi-board top on pedestal | 1 | $ 10,000 |
| Colorado Residence | 8/7/2011 | Furniture | Table | Table exotic wood/cabinetmaker Sam Maloof; circular top on pedestal | 1 | $ 10,000 |
| Colorado Residence | 8/7/2011 | Furniture | Various | Sofa; mirror; upholstered chairs;floor lamps; pair stands; pedestal; | 3 | $ 10,050 |
| Colorado Residence | 8/7/2011 | Furniture | Various | Mahogany bench; child's Windsor chair; Table exotic wood; floor lamp; bookshelf; coffee table | 6 | $ 10,075 |
| Colorado Residence | 8/7/2011 | Furniture | Various | Tables; wood/leather chairs (4); lot of chairs; easy chair; recliner; lamps;ottomans; Kilim rug large; Headboard-w/side tables; chair w/ elec lift; chair; magazine racks; hamper | 1 lot | $ 10,335 |
| Colorado Residence | 8/7/2011 | Furniture | Lamp, Sofas | Floorlamp, Sofas-Christian Liagre (5) and 2 lots of Pillows (20), 1 lot Floorlamps (4) | 9 | $ 10,375 |
| Colorado Residence | 8/7/2011 | Furniture | Various | Leather-steel chairs (4); wood-metal stool; mirrors; upholstered bench; coffee Tables; chair, side table, table lamp | 13 | $ 14,290 |
| Colorado Residence | 8/7/2011 | Furniture | Various | Exotic wood/multiple doors; dictionary stand mahogany-mixed woods; Desk chair/cabinetmaker Sam Maloof. | 3 | $ 14,450 |
| Colorado Residence | 8/7/2011 | Furniture | Bookshelf Unit | Mixed woods book shelf unit/3 shelf units over drawers-doors | 1 | $ 15,000 |
| Colorado Residence | 8/7/2011 | Furniture | Chair | 2 - Exotic wood chair/cabinetmaker Sam Maloof | 2 | $ 15,000 |
| Colorado Residence | 8/7/2011 | Furniture | Table | Drinks table, exotic woods/cabinetmaker Sam Maloof/burled wood circular top on pedestal | 1 | $ 15,000 |
| Colorado Residence | 8/7/2011 | Furniture | Shelf Unit & TV | Wall shelf unit, exotic woods, multiple shelves; TV | 1 | $ 15,150 |
| Colorado Residence | 8/7/2011 | Furniture | Tables | Tables (3) /artist Gail Fredell and Susan Working | 3 | $ 15,400 |
| Colorado Residence | 8/7/2011 | Furniture | Stools & Table | Ceramic stool /artist Mark Dean. Mixed woods stool, rosewood table, and exotic woods drink table/Sam Maloof cabinetmaker; | 3 | $ 15,700 |
| Colorado Residence | 8/7/2011 | Furniture | Various | Chairs: easy, leather contemp, leather-velvet, slipcovered side chairs (10); oak dresser; tables, lamp, game table. | 1 lot | $ 17,165 |
| Colorado Residence | 8/7/2011 | Furniture | Dresser, Mirror | Oak dresser; mixed woods dresser; mirror - painted wood; | 3 | $ 17,750 |
| Colorado Residence | 8/7/2011 | Furniture | Desk Unit | Mixed woods/cabinetmaker Steve Crowley; 2 pc L shape, double pedestal desk with side unit storage | 1 | $ 18,300 |
| Colorado Residence | 8/7/2011 | Furniture | Table | custom made table Tiger Maple/Marble/cabinetmaker Gail Fredell | 1 | $ 22,500 |
| Colorado Residence | 8/7/2011 | Furniture | Table | custom made table Tiger Maple/Marble/cabinetmaker Gail Fredell | 1 | $ 22,500 |
| Colorado Residence | 8/7/2011 | Furniture | Table | table maple/steel/cabinetmaker Gail Fredell | 1 | $ 22,500 |
| Colorado Residence | 8/7/2011 | Furniture | Chair | Exotic wood zircote Rocker/contemp-2001; cabinetmaker Sam Maloof/solid crest rail with slight crescent shape,over 7 arrow back spindles | 1 | $ 23,000 |
| Colorado Residence | 8/7/2011 | Furniture | Chair | Tiger maple chair/cabinetmaker Sam Maloof | 1 | $ 55,000 |
| Colorado Residence | 8/7/2011 | Furniture | Chair | Chairs, mixed woods/cabinetmaker Steve Crowley/ set of 10 | 1 lot | $ 55,000 |
| Colorado Residence | 8/7/2011 | Household Items | Dinnerware / Flatware / Cookware / Silver | Lot - Kitchen - dinnerware and stemware and small appliances; Flatware, utensils, cookware, serveware; 3 small lots of misc bowls, baskets + 1 Buccellati oval bowl, wine lot | Various | $ 24,067 |
| Colorado Residence | 8/7/2011 | Household Items | Chandelier | porcelain/SS/ artist Ingo Maurer | 1 | $ 18,500 |
| Colorado Residence | 8/7/2011 | Household Items | misc | misc serveware: sugar, creamer, tray sets; cup; bowl, teapot; candlesticks; basket - SS; plates ceramic; pitcher/glasses set; various serving pieces & place settings; Decanters* | 1 lot | $ 12,656 |
| Colorado Residence | 8/7/2011 | Household Items | Stemware | St Louis France, Crystal: Bubbles pattern wines-amber (4), wines-amber-plain bowl (38), Bubbles pattern wines-amber (24). Cosmos pattern: flutes-clear (54), medium wines-clear (12), water-clear (42); other stemware. | 7 lots | $ 13,639 |

Exhibit B.4

| Location | Valuation Date | Asset Class | Item | Description | QTY | FMV |
|---|---|---|---|---|---|---|
| Colorado Residence | 8/7/2011 | Household Items | Dinnerware, Glasses | Stemware, bowls, various sized plates; Haviland dinnerware; Bernardaud dinnerware; other makers dinnerware and serveware; | 1 lot | $ 12,208 |
| Colorado Residence | 8/7/2011 | Household Items | Chandelier | Chandelier Brass Contemporary, identified Sergio | 1 | A-PR |
| Colorado Residence | 8/7/2011 | Household Items | Front Door | Contemp arched front door, artist Lee Lyons | 1 | A-PR |
| Colorado Residence | 8/7/2011 | Household Items | Silver & Silverplate Serveware | Silverplate flatware /Christofle/Triade pattern; 596 pieces | 1 lot | $ 34,100 |
| | | | | **Subtotal - Colorado Residence** | **$** | **622,680** |
| Dallas Residence | 8/7/2011 | Appliances | Kitchen/catering ,laundry | W-D; even/catering equipment (tables, thermal cabinets, food prep pans, refrig (2), glassware, serving pcs & supplies; small kitchen appliances; cookware/utensils | Lot | $ 10,985 |
| Dallas Residence | 8/7/2011 | Furniture | misc | Oval table, pair armchairs, pair bergere chairs, 2-tiered table, sofa, cocktail table, wing chair, book stand, 2 rugs (large & small), | Lot | $ 10,050 |
| Dallas Residence | 8/7/2011 | Furniture | Seating & rug | Seating: loveseats, sofa, extra long sectional couch; leather recliners; upholstered chair; footstool; rattan chairs;casual dining side chairs; casual dining arm chairs and other armchairs.20C. Bakhtiari rug (Iran). | Lot | $ 10,780 |
| Dallas Residence | 8/7/2011 | Furniture | Dining | table, 12 chairs, server, mirror divider | Lot | $ 11,200 |
| Dallas Residence | 8/7/2011 | Furniture | Tables, Lamps, misc. | Tables, various:  18C. oak side tables, tv style tables;  round tables; pedestal tables; 2 tier oval table; rd poker table; mahogany long table; refectory table; floor lamp; table lamps; side table; pottery lamps; plant stands; bookcases; antique kitchen wall unit; pair plate racks; lower cabinets; pantry desk* | Lot | $ 11,510 |
| Dallas Residence | 8/7/2011 | Furniture | misc | Chairs,side tables; cocktail tables; tea table; coffee table; mirrors; 3 small rugs; Queen bed; Sony TV; TV cabinet;lamp table; pair pedestal cabinets; screen/divider; dumbwaiter/server | Lot | $ 12,335 |
| Dallas Residence | 8/7/2011 | Furniture | misc | pr 19C demilune tables; early 20C console table; bench, settee; pr side chairs; Chinoiserie mirror; swivel piano chair | Lot | $ 12,475 |
| Dallas Residence | 8/7/2011 | Furniture | Bedroom | bed, recliner, table, pr 19C bookstands,desk, armchairs, chair & ottoman, bookstand, chairs, console, fern stands, tea table (c 1755), rug, | Lot | $ 13,000 |
| Dallas Residence | 8/7/2011 | Furniture | Piano | Steinway 1966, Mahogany, Model M ; matching upholstered bench. | 1 | $ 13,500 |
| Dallas Residence | 8/7/2011 | Furniture | misc | lamps; game table; wicker set (incl chairs, sofa), octagonal tables; painted tables; set nesting tables; consoles and console tables; daybed; English long case clock; | Lot | $ 14,625 |
| Dallas Residence | 8/7/2011 | Furniture | misc | Various indoor and outdoor furniture items including:  parlor set; tables (side, pedestal, cocktail, game); chairs (recliner, easy-chair, French style, dining table, wicker); upholstered items (chaise longue, sofas) etageres; bookcase; antique cabinet; pair bombe chests; 26 pieces outdoor furniture. | Lot | $ 14,640 |
| Dallas Residence | 8/7/2011 | Furniture | misc | Partners desk ; Library table; set of 4 Louis XVI style chairs; desk chair; credenza; folio rack; pair pedestals; round table; large area rug; | Lot | $ 15,000 |
| Dallas Residence | 8/7/2011 | Furniture | misc | Side tables (2); Fr. Mirror; pr sofas; pr loveseats; round table + 6 chairs; pr Wm IV game tables; | Lot | $ 15,600 |
| Dallas Residence | 8/7/2011 | Furniture | Outdoor furniture | McKinnon Marris aluminum outdoor furnriture: 12 chairs and 2 benches, with cushions; 4 side tables, | Lot | $ 17,100 |
| Dallas Residence | 8/7/2011 | Furniture | Rugs | Large area rug, Kirman, Iran (36.9 x 19.2 ft) | 1 | $ 21,500 |
| Dallas Residence | 8/7/2011 | Furniture | Miscellaneous | Exercise equipment:tables, press, bike, treadmill, crosstrainer, weights, etc. Pair Louis XVI style gueridons, 19th C; Willian IV Tilt Top Breakfast Table, c. 1830 | Various | $ 26,875 |
| Dallas Residence | 8/7/2011 | Household Items | Crystal | Stemware-Varga 126 pieces tall wine glasses and champagne flutes; 39 Varga stems with green bowl.  Group of decanters-Lalique, Baccarat, etc | Lot | $ 13,010 |
| Dallas Residence | 8/7/2011 | Household Items | Dinnerware & Serveware | lot of glass serving pieces; other dinnerware sets including Spode "Chatham"; Limoges for Tiffany "Audubon" ; Royal Crown Derby "Lombardy;" "Dresden Flowers" Bavaria; Spode "Audoubon Birds" large incomplete set; | Lot | $ 13,585 |
| Dallas Residence | 8/7/2011 | Household Items | Dinnerware & Serveware | China set "Rothschild Birds" from Herend Hungary, 334 pieces (3 sizes plates + bowls + cup-saucers) | 334 | $ 22,495 |

Exhibit B.4

| Location | Valuation Date | Asset Class | Item | Description | QTY | FMV |
|---|---|---|---|---|---|---|
| Dallas Residence | 8/7/2011 | Household Items | Silver & Silverplate Serveware | Serving pieces: Old Sheffield, plate champagne bucket; egg holder; sugar & creamers; candlestick/snuffer | Lot | $ 10,185 |
| Dallas Residence | 8/7/2011 | Household Items | Crystal | Stemware: Cristal St Louis/Florence Pineapple pattern/4 sizes/135 pieces. Set of 8 etched barware. Lot of 67 utility glasses. | 210 | $ 10,272 |
| Dallas Residence | 8/7/2011 | Household Items | Silver & Silverplate Serveware | 4 lots mixed silver and silverplate serving pieces and utensils; Rogers Bros silverplate flatware (77 pcs); Christofle silverplate serving pieces and flatware; set of 12 fish knives & forks; 17 mismatched sterling pieces; misc silverplate trays; mixed group vases; misc group serving pieces silverplate; | Lot | $ 11,963 |
| Dallas Residence | 8/7/2011 | Household Items | Silver Serveware | Sterling Silver Trays and other: round sterling trays (including Tiffany, Gorham); meat platter; oval tray; oval platter; cream & sugar set; rectangular tray; | Lot | $ 12,525 |
| Dallas Residence | 8/7/2011 | Household Items | Silver Serveware | Sterling silver serving pieces: compote, baskets, bowls; nut bowls and dishes; sugar bowl, teapots, vases, teasets. | Lot | $ 13,045 |
| Dallas Residence | 8/7/2011 | Household Items | Dinnerware & Serveware & Silver | Partial set Noritake; 12 Anna Weatherly stoneware charges; Royal Copenhagen Flora Danica tureen; 65 Haviland charger plates; 24 charger plates Este/Italy; Silverplate: Candlesticks, Candelabra; group of silverplate items; glass/plated serving pieces; centerpieces; coffee urn; misc trays, servers; Sterling candelabra. Sterling Butter spreaders: New Buccellati (60); Tiffany sterling (26); Buccellati (12); Gorham (13); flatware set Tiffany & Co. "Audubon" (35 pcs); sterling tea set; tray for tea set; | Various | $ 31,498 |

| | | | | | Subtotal - Dallas Residence | $ 369,753 |
|---|---|---|---|---|---|---|

| | | | | | EXHIBIT B.4 TOTAL | $ 992,433 |
|---|---|---|---|---|---|---|

| Location | Valuation Date | Asset Class | Item | Description | QTY | FMV |
|---|---|---|---|---|---|---|
| Colorado Residence | 8/7/2011 | Art | Miscellaneous | Various artworks including: lithographs, art, digital print; watercolor; pottery bowl; Various artists: Image of 3 indiv pcs/porcelain; Porcelain & wood; bronze/steel/paint; human sculptures; Bronze Sea fan/artist Paul Soldner + sculpture/pottery/ artist Sara Ransford + Vase Vintage bowl Barovier; vintage vase Barovier; set of Venini glass bottles; vases, bowls, bottle; glass vase & pottery Glass/metal titled "Downspout"; Amer contemp 2002; artist Richard Klein Various artists: sculpture, vase, bowl; wine box; tiles, sculptures (cast lead, cherrywood) Contemp sculpture; vases; urn, bowls, plates, salad bowls; Ceramic bowl on pedestal; various artists Varioius sculptures, birdhouse, arch-stone (A-PR); wood-steel bench/artist "Gail Fredel Collage mixed media; Obelisks | Various | $ 76,360 |
| Colorado Residence | 8/7/2011 | Art | Outdoor Sculpture | Lucite - block image/stone/rocks/metal/artist Barbara Sorenson "Foothills 1" | 1 | $ 10,000 |
| Colorado Residence | 8/7/2011 | Art | Art - misc | Lucite vase; watercolors; textile; photograph; colored print; digital scan; mixed media,sculpture marble/stone. | 1 lot | $ 10,325 |
| Colorado Residence | 8/7/2011 | Art | Art - misc | Various artworks: watercolor, ceramic sculpture, lucite house, art-wood painted and mhoghany;sculpture. | 1 lot | $ 10,450 |
| Colorado Residence | 8/7/2011 | Art | Art - misc | Ceramic artworks and plates, Photographs, sculpture; Ceramics/ceramic sculpture. | 1 lot | $ 11,925 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Wall collage: metal/contemp/artist Paul Maxwell | 1 | $ 12,250 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Pen-Ink drawing; Mixed Media-wood; Colored Litho. Photographs: BW Ansel Adams (3); various (2); | 8 | $ 12,900 |
| Colorado Residence | 8/7/2011 | Art | Panels | Wood panels; art panels | 4 | $ 13,500 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Oil on board/artist Al Agnew/snow water image in silver gilt frame | 1 | $ 13,750 |
| Colorado Residence | 8/7/2011 | Art | Mixed Media | Mixed Media/contemp/artist P Maxwell dated '83/brown tones-dimensional-linear image w/ dots | 1 | $ 14,000 |
| Colorado Residence | 8/7/2011 | Art | Pottery | Stoneware pot/artist Takashi Nakazato/untitled/brown color | 1 | $ 15,000 |
| Colorado Residence | 8/7/2011 | Art | Sculpture | Bronze/contemp 1998/artist Peter Voulkos | 1 | $ 15,000 |
| Colorado Residence | 8/7/2011 | Art | Sculpture | Ceramic oval shape ball/contemp/artist Jun Kaneko | 1 | $ 15,000 |
| Colorado Residence | 8/7/2011 | Art | Sculpture | Sculpture-head/contemp/unident/head image lying on cheek | 1 | $ 15,000 |
| Colorado Residence | 8/7/2011 | Art | Sculpture | Sculpture-head/contemp/artist Jun Kaneko/head-face mask | 1 | $ 15,000 |
| Colorado Residence | 8/7/2011 | Art | Sculpture | Sculpture-head/contemp/artist Jun Kaneko/head image with overall gold eternity circles | 1 | $ 15,000 |
| Colorado Residence | 8/7/2011 | Art | Art - misc | Various works and artists work displayed in support shelves: includes sculptures, flask, canister, pitchers, bottles, teapots, plate,house/tray, bowls, cross, deer, paperweight, cups, dice, bowl, vases. | 1 lot | $ 15,215 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Various artists & media: mixed media/wood; oil on board, monotone;oil on canvas board; Lucite; digital scan print;mixed media on paper. | 1 lot | $ 15,400 |
| Colorado Residence | 8/7/2011 | Art | Art - misc | Bowl gourd; plaque clay; bowls; art wood-paper-metal; bowl collection; box; vase, Jugs | 1 lot | $ 15,585 |
| Colorado Residence | 8/7/2011 | Art | Sculpture | Sculpture-television cover/metal/contemp 2004/artist Doug Casebeer | 1 | $ 16,000 |
| Colorado Residence | 8/7/2011 | Art | Sculpture | Sculpture-wall colored glass-metal/contemp; artist Denise Amses; images of circles-shapes | 1 | $ 17,000 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Monotype/Acrylic; Oil on Canvas on Board;Watercolor/mixed media; | 3 | $ 17,000 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Wall collage: 3 metal, 1 wood / artist Paul Maxwell | 1 lot | $ 17,350 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Various artists & media: Mixed Media; Oil on Board; Pastel; Wall Sculpture; Wall collage/vintage; Oil on Canvas; Watercolor, Oil on canvas, Watercolor, Photograph, Print, Misographic Print colored litho, watercolor, Photo overlays* | 1 lot | $ 17,600 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Wall Collage; Photograph-digital; art ceramic; Lithographs; oil on board; photographs. | 1 lot | $ 17,650 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Wall collage: metal/contemp/artist Paul Maxwell | 1 | $ 18,250 |

**Exhibit B.5**

| Location | Valuation Date | Asset Class | Item | Description | QTY | | FMV |
|---|---|---|---|---|---|---|---|
| Colorado Residence | 8/7/2011 | Art | Mixed Media | Mixed Media/artist Paul Maxwell dated '82; 2 large oval panels dimensional, linear squares/drawer style images/circle images/gray beige tones | 1 | $ | 18,500 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Paintings: oil on board;watercolors; lithographs/offset litho; oil on canvas (2) | 1 lot | $ | 19,155 |
| Colorado Residence | 8/7/2011 | Art | Mixed Media | Mixed media on laid paper (multiple), mixed media watercolor pastel; art mixed media (mulitple) | 1 lot | $ | 19,400 |
| Colorado Residence | 8/7/2011 | Art | Pottery | Stoneware pot/artist Takashi Nakazato/untitled/green/olive color | 1 | $ | 20,000 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Wall collage, wood/contemp/artist Paul Maxwell | 1 | $ | 21,500 |
| Colorado Residence | 8/7/2011 | Art | Outdoor Sculpture | Granite rocking chair, half circle shape | 1 | $ | 22,500 |
| Colorado Residence | 8/7/2011 | Art | Bench | Glass bench w/ lights/contemp/artist Ingo Maurer | 1 | $ | 25,000 |
| Colorado Residence | 8/7/2011 | Art | Wall art | Wall collage/porcelain/contemp/artist Brad Miller | 1 | $ | 25,000 |
| Colorado Residence | 8/7/2011 | Art | Statue | Female nude with outstretched arms-one raised knee/shards-metal/contemp/on revolving base | 1 | $ | 40,000 |
| Colorado Residence | 8/7/2011 | Art | Platter | Ceramic/Spain, ca 1953/artist Pablo Picasso identified and dated (3/23/1953) | 1 | $ | 250,000 |
| Colorado Residence | 8/7/2011 | Art | Sculpture | Sculpture "Gold Ribbon" Gold leaf on metal, Contemp (2004) German, artist Ingo Maurer | 1 | $ | 250,000 |
| Colorado Residence | 8/7/2011 | Art Objects | Miscellaneous | Wood & glass vases; Chihuly bowl. Birds: metal, marble. Games/mixed woods. neon sign; misc bowls & baskets. coffee table books (3); metal & laquerware bowls, 1 lot candle décor. | Various | $ | 9,180 |
| Colorado Residence | 8/7/2011 | Art Objects | Misc | Sculptures, basket, bowl; 2 lots books (27); plate. | 9 | $ | 10,580 |
| Colorado Residence | 8/7/2011 | Collectible | Miscellaneous | Wood and laquerware boxes, bowls; shagreen bowl; tiger maple bowl; art glass bowl; etched crystal plate; clocks; iron box; trays; candlesticks; 2 lots-books; Daum bowl; | Various | $ | 6,660 |
| Colorado Residence | 8/7/2011 | Collectible | Misc | Various artworks and artists: Bowl painted wood, pottery bowl, colored pottery, auminum basket; 2 cup& saucer/ceramic; cup/bronze;Framed ceramic plate; | 1 Lot | $ | 12,220 |
| | | | | **Subtotal - Colorado Residence** | | $ | **1,192,205** |
| | | | | | | | |
| Dallas Residence | 8/7/2011 | Art | Miscellaneous | Family portraits, drawings depicting Mr. Wyly and Carla Wyly, framed. Untitled Fox & Rabbit/Charles Masson; Tejas/Jim McCartin/20th C; Carla Wyly/Barvo. Pair Painted and Parcel Gilt Trumeau/unk Italian school (mirror with painting) 37 other media artworks: Acrylic landscape and portraits; Pastel nude; Gouache miniatures; Silhouettes; Watercolor boat scenes, still lifes; Lithographs: landscapes, nature, English commentary. | 47 | $ | 18,700 |
| Dallas Residence | 8/7/2011 | Art | Oil on Canvas | Various oil on canvas paintings including: portraits, landscapes, framed. | 7 | $ | 10,600 |
| Dallas Residence | 8/7/2011 | Art | Oil on Canvas | Tending the Garden/Henry John Yeend King, in gilt frame | 1 | $ | 10,700 |
| Dallas Residence | 8/7/2011 | Art | Gilded Mirror w/ inset painting | Picnic scene/attributed to Hedrik Frans Van Lint 1684-1763/in gilded frame | 1 | $ | 11,000 |
| Dallas Residence | 8/7/2011 | Art | Oil on Panel | Various Oil on Panel paintings, framed: landscapes, portraits, miniatures, still life | 14 | $ | 11,450 |
| Dallas Residence | 8/7/2011 | Art | Oil Paintings | Various Oil Paintings (oil on paper, ivory, porcelain,masonite, clayboard ) still life, portraits/miniature portraits, portraits of historical figures, landscapes; framed. | 15 | $ | 11,600 |
| Dallas Residence | 8/7/2011 | Art | Engravings / Prints | 12 sets, ranging in size from 2-15 per set, of engravings or prints, hand colored, framed: interiors, animals, florals, nature, costumes, platters, English prints, caricatures; framed. | 91 | $ | 19,400 |
| Dallas Residence | 8/7/2011 | Art Objects | Miscellaneous | Vases, figurines (Herend), lamps, Limoges and other maker dinnerware and dessert sets; pair lamps (3 pr), pr vases, Tole bucket, lacquer trays, mugs, boxes. Crystal candelabra (3); crystal elephants; vases Pair; 2 pr procelain vases; pair gilt bronze candelabra (2); 28 photo frames; | Various | $ | 15,727 |

Exhibit B.5

| Location | Valuation Date | Asset Class | Item | Desription | QTY | | FMV |
|---|---|---|---|---|---|---|---|
| Dallas Residence | 8/7/2011 | Art Objects | misc | 5 pc ivory group; crystal, glass, silver presentation items; clocks, lamps; misc. bowls, frames; group of dressing table items; crystal candelabra; vases & holiday decor. Decorative boxes and tea caddies. | Lot | $ | 12,035 |
| Dallas Residence | 8/7/2011 | Art Objects | misc | Misc décor items: art glass, accessories, china/porcelain/pottery figurines & bowls. Majolica: garden seat, pair flamingos, seashells, gourds. Ivory figurines. Group Christofle silver animals (17). | Lot | $ | 12,485 |
| Dallas Residence | 8/7/2011 | Collectible | Books | Misc books ($3-$80 each) | 270 | $ | 5,450 |
| Dallas Residence | 8/7/2011 | Collectible | misc | Group of Chinese export porcelain, Famille Verte pattern, 19th & 20th Century, made in China (14+ items) | Lot | $ | 10,000 |
| Dallas Residence | 8/7/2011 | Collectible | Books | 18th, 19th, 20th, 21st Century books $115-$1500 per ea or set (55 vols or sets) | 55 | $ | 22,015 |
| | | | | **Subtotal - Dallas Residence** | | **$** | **171,162** |
| | | | | **EXHIBIT B.5 TOTAL** | | **$** | **1,363,367** |

**Exhibit B.7**

| Category | Valuation Date | Asset Class | Item | Description | QTY | FMV |
|---|---|---|---|---|---|---|
| Probate Estate of Charles J. Wyly, Jr. | 8/7/11 | Jewelry | Bracelet | 10 Brooches of various designs | 10 | $ 40,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/8/11 | Jewelry | Bracelet | 5 Bangle or Cuff bracelets of various designs | 5 | $ 7,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/18/11 | Jewelry | Bracelet | 10 bracelets - heavy gold, Dunay, link, flat designs | 10 | $ 58,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/19/11 | Jewelry | Bracelet | 1 multi-colored diamond link bracelet | 1 | $ 30,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Bracelet | Yellow Gold rio multi-stone bracelet by Seaman Schepps, $33,000 each | 2 | $ 66,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Bracelet | White Gold and bezel set diamond bracelet, 1.07 cts | 1 | $ 2,450 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Bracelet | 18k yg moonstone garnet, or sapphire and diamond bracelet | 1 | $ 9,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Bracelet | 24k bangle bracelet by Gurhan; 24k yg bangle by Gurhan 0.07 diamonds | 2 | $ 4,400 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Cufflink sets | Gents 18k yg cufflink & stud set of mother of pearl & sapphires; Gents mother of pearl & ruby cufflink & stud set; Gents 18k white gold diamond & mop cuff and stud set | 3 | $ 17,500 |
| Probate Estate of Charles J. Wyly, Jr. | 8/22/11 | Jewelry | Cufflinks | 4 sets of cufflinks; one set with studs | 4 | $ 15,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Cufflinks | Gents 18k yg lapis & onyx cufflinks; carnelian & onyx cufflinks; elephant head cufflinks | 3 | $ 5,600 |
| Probate Estate of Charles J. Wyly, Jr. | 8/14/11 | Jewelry | Earrings | 15 various semi-precious earrings | 15 | $ 35,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/15/11 | Jewelry | Earrings | 18 gemstone, pearl, enamel earrings | 18 | $ 95,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/16/11 | Jewelry | Earrings | 12 pearl, diamond, gold and various stone earrings | 12 | $ 35,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Earrings | 18k white gold and diamond hoop earrings, 6.94 cts | 1 | $ 9,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Earrings | 18k white gold diamond and grey Keshi pearl earrings | 1 | $ 5,300 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Earrings | 24k yg Gurhan diamond earrings "dew" | 1 | $ 4,600 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Earrings | 18k 3-loop hoop earrings; 24k Gurhan pear shaped design earrings | 2 | $ 3,150 |
| Probate Estate of Charles J. Wyly, Jr. | 8/24/11 | Jewelry | Gold pieces | 3 gold pieces: one disc, one collar, one chain; 3 gold pendant necklaces | 6 | $ 10,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/9/11 | Jewelry | Necklace | 8 Necklaces of varrious designs | 8 | $ 30,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/11/11 | Jewelry | Necklace | 7 Necklaces of various beads, pearls and gold | 7 | $ 40,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/12/11 | Jewelry | Necklace | 7 Chain Diamond Necklaces, bezel set; 1 pearl necklace | 7 | $ 90,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/25/11 | Jewelry | Necklace | 3 Necklaces - 1-heavy gold, 1-pearl and gold, 1-gold link | 3 | $ 9,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Necklace | Yellow Gold multi-stone necklace by Seaman Schepps | 1 | $ 10,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Necklace | 24k yellow gold Gurhan acqua necklace | 1 | $ 7,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Necklace | 18k white gold 32" diamond bezel set necklace, 23.19 cts. | 1 | $ 35,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Pearls | 3 Loose pearls for earrings | 3 | $ 5,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Pin | 18k white gold heart and circles pin, 2.07 cts | 1 | $ 3,950 |
| Probate Estate of Charles J. Wyly, Jr. | 8/13/11 | Jewelry | Rings | 6 Various gold and diamond colored stones and gold rings | 6 | $ 60,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/17/11 | Jewelry | Rings | 15 rings - gold, semi-precious, coral, stones | 15 | $ 19,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/20/11 | Jewelry | Rings | 18 rings - pearl, gold, semi-precious, coral, etc. | 18 | $ 60,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Rings | 18k white gold blue topaz, diamond and sapphire ring; wg square blue topaz ring | 2 | $ 9,310 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Rings | 18k yg/wg citrine and diamond ring | 1 | $ 5,200 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Rings | Rose and White Gold natural fancy colored and white diamond ring | 1 | $ 15,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/10/11 | Jewelry | Unknown | 2 Emerald and Diamond pieces redesigned 2003 | 2 | $ 70,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/21/11 | Jewelry | Watch | 2 Gents watches - Vintage Rolex and Cartier | 2 | $ 10,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/23/11 | Jewelry | Watch | 3 Ladies watches - 1-Cartier, 1-Dunay, 1-Piaget | 3 | $ 19,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Watch | Ladies 18k white gold Cartier Baignoire 1920 | 1 | $ 9,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Watch | Gents Jaeger LeCoultre platinum reverso tourbillon timepiece | 1 | $ 30,000 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Watch | Gents Jaeger LeCoultre master control 8-day perpetual calendar timepiece | 1 | $ 32,500 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Watch | Gents Ulysse Nardin stainless steel GMT timepiece | 1 | $ 4,500 |
| Probate Estate of Charles J. Wyly, Jr. | 8/26/11 | Jewelry | Watch | Gents 18k Cartier tank Francaise chrono reflex | 1 | $ 5,000 |

**Subtotal - Jewelry from Probate Estate of Charles J. Wyly, Jr.  $ 1,030,460**

Exhibit B.7

| Category | Valuation Date | Asset Class | Item | Desription | QTY | | FMV |
|---|---|---|---|---|---|---|---|
| Caroline D. Wyly | N/A | Furs | Various | Fur - Various fur clothing items of Debtor as of filing date | 49 | $ | 200,000 |
| Caroline D. Wyly | N/A | Jewelry | Various | Jewelry - Multiple pieces of jewely owned by Debtor. No recent appraisals available. | | $ | 2,769,540 |
| | | | | **Total Jewelry and Furs** | | **$** | **4,000,000** |

## Exhibit B.20a

| Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property |
|---|---|---|
| (a) Caroline D. Wyly Irrevocable Trust | Wife | None |
| Amended and Restated Charles J. Wyly, Jr. and Caroline D. Wyly Revocable Trust | Wife | Assets Seperately Scheduled |
| (a) Charles J. Wyly, Jr. and Caroline D. Wyly Grandchildren's Trust | Wife | None |
| (a) Caroline Denmon Wyly 1987 Children's Trust | Wife | None |
| **Total Exhibit B.20a** | | **None** |

**Notes:**
*(a) The Debtor believes all of these trusts, other than the Revocable Trust, are valid trusts; therefore, are not property of the Estate. Debtor is disclosing them out of abundance of caution.*

**Isle of Man Trusts Held for Beneficiaries**
**Summary as of 12/31/2013**

| | | Tyler Trust (a) | Red Mountain Trust (b) | Total - Tyler and Red Mountain Trust | Beneficiary: Other Non-Debtor Individuals | | | | Total including all Trusts |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Pitkin Trust (c) | Castlecreek Trust (c) | Chaos Trust (d) (for Benefit of Family Member) | Total - Other Beneficiaries | |
| 1 | Cash Held with Brokers | $ 4,316,310 | $ 6,288 | $ 4,322,598 | $ 10,109,382 | $ 41,544,118 | $ 24,901 | $ 51,678,401 | $ 56,000,999 |
| 2 | Securities | - | - | - | - | 194,295 | - | 194,295 | 194,295 |
| 3 | Loan & Advances Receivables | (14,871,550) | - | (14,871,550) | 20,000 | 31,676,034 | - | 31,696,034 | 16,824,484 |
| 4 | Investments in Funds | - | 7,772,434 | 7,772,434 | 83,146,082 | 58,127,820 | 12,443,808 | 153,717,710 | 161,490,144 |
| 5 | Investment in Managed Accts | - | 89,302,975 | 89,302,975 | - | - | - | - | 89,302,975 |
| 6 | Other Investments | - | - | - | - | - | - | - | - |
| 7 | Investments in Real Estate | - | - | - | - | - | - | - | - |
| 8 | Investments in Private Companies | 3,280,719 | - | 3,280,719 | | | | | 3,280,719 |
| 9 | Investments in Art, Jewelry, & Collectibles | 8,186,995 | - | 8,186,995 | - | - | - | - | 8,186,995 |
| 10 | **Total Assets** | $ 912,474 | $ 97,081,697 | $ 97,994,171 | $ 93,275,464 | $ 131,542,267 | $ 12,468,709 | $ 237,286,440 | $ 335,280,611 |
| 11 | Loans & Advances Payables | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 12 | Past Due Annuity Payments | 7,086,504 | - | 7,086,504 | | | | | 7,086,504 |
| 13 | Loan from Security Capital | - | - | - | 20,000 | - | - | 20,000 | 20,000 |
| 14 | Interest on Security Capital Loan | - | - | - | - | - | - | - | - |
| 15 | Accrued Fees / Interest Payable | 52,183 | - | 52,183 | 30,009 | 98,791 | 8,861 | 137,661 | 189,844 |
| 16 | Subtotal Payables | $ 7,138,687 | $ - | $ 7,138,687 | $ 50,009 | $ 98,791 | $ 8,861 | $ 157,661 | $ 7,296,348 |
| 17 | Annuity Payables | - | - | - | 10,994,451 | - | 7,658,281 | 18,652,732 | 18,652,732 |
| 18 | **Total Liabilities** | $ 7,138,687 | $ - | $ 7,138,687 | $ 11,044,460 | $ 98,791 | $ 7,667,142 | $ 18,810,393 | $ 25,949,080 |
| 19 | **Net Equity** | (6,226,213) | 97,081,697 | 90,855,484 | 82,231,004 | 131,443,476 | 4,801,567 | 218,476,047 | 309,331,531 |
| 20 | **Total Liabilities and Equity** | $ 912,474 | $ 97,081,697 | $ 97,994,171 | $ 93,275,464 | $ 131,542,267 | $ 12,468,709 | $ 237,286,440 | $ 335,280,611 |

**Notes:**

Source of Information: The 12/31/13 financials and financial information reported by Isle of Man Trusts and companies.

  (a) Tyler Trust - Isle of Man Trust dated 2/2/1994. Debtor (Caroline Wyly) is a beneficiary along with all of her late husband's (Charles Wyly, Jr.) issue. Including bad debt provision.

  (b) Red Mountain Trust - Isle of Man Trust dated 7/8/1995. Debtor (Caroline Wyly) is a beneficiary along with all of her late husband's (Charles Wyly, Jr.) issue. Including bad debt provision.

  (c) Pitkin Trust and Castlecreek Trust - Debtor is not and has never been a beneficiary of the trusts. Her late husband, Charles J. Wyly, Jr. was the settlor of these two trusts.

  (d) Chaos Trust - Debtor is not and has never been a beneficiary of this trust.

Beneficial interests in trusts are not property of the bankruptcy estate. See 11 U.S.C. 541(c)(2). Listed in an abundance of caution and for full disclosure. All rights reserved.

** Charles J. Wyly, Jr. (deceased) ("Wyly"), was the settlor or beneficiary of, or was otherwise involved with the establishment of, certain trusts in the Isle of Man (the "IOM Trusts") between 1992 and 1995. The characterization of certain transactions relating to the IOM Trusts has been at issue in the lawsuit styled: Securities and Exchange Commission v Samuel Wyly et. al., Case No. 10-cv-5760 (SAS) pending in the United States District Court for the Southern District of New York (the "Civil Action"). The Debtor, Caroline D. Wyly ("Dee Wyly") was not a party to the Civil Action, but has recently been named as a relief defendant. The SEC in the Civil Action has alleged that Charles Wyly was —contrary to his long-standing intent and belief— a "beneficial owner" (had or shared the power to "dispose" of or to "vote" the security) of the assets of the IOM Trusts for purposes of SEC disclosure requirements. While Wyly objected to such allegations and reserved all rights and positions on these issues, Dee Wyly as a prudent debtor in possession charged with maximizing the value of the estate for the benefit of her creditors, in an abundance of caution and based upon property-of-the-estate jurisprudence such as Brown v. Chesnut (In re Chesnut), 422 F. 2d 298 (5th Cir. 2005), has made reference on her Exhibit B.20b to certain financial information made available to her regarding the IOM Trusts and their assets as of December 31, 2013. Such information will also be more fully disclosed on the report and schedule to be filed by the Debtor under Bankruptcy Rule 2015.3 on or before December 9, 2014. All, or substantially all, of the financial information has been previously produced to the SEC in the Civil Action.

** The inclusion of the financial information pertaining to the IOM Trusts and their assets shall not be deemed: an admission that any of the IOM Trusts or their assets are property of the Debtor's bankruptcy estate; an admission that the Debtor holds a substantial or controlling interest in any of the IOM Trusts or assets; an admission of any allegations made by the SEC; a waiver of any position or defenses of Wyly or the Debtor in the Civil Action; or a waiver of Wyly or the Debtor's right to challenge any findings made by the jury or findings of fact or conclusions of law made by the District Court in post-judgment proceedings or in any appeal of any judgment ultimately entered in the Civil Action.

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   Caroline D. Wyly                ,          Case No.   14-35043 (JT Admin)
_____                          _____
            Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  51  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   11/21/2014                          Signature:   _Caroline Wyly_____
                                                              Debtor

Date _____          Signature: _____
                                                         (Joint Debtor, if any)

                                              [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Dawn Ragan, Managing Director            xxxxx8756
_____          _____
Printed or Typed Name and Title, if any,   Social Security No.
of Bankruptcy Petition Preparer            (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Bridgepoint Consulting, LLC
1700 Commerce St, #810
Dallas TX 75201
Address

X _____          11/21/2014
Signature of Bankruptcy Petition Preparer    _____
                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                              _____
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.