United States Department of Justice
Office of the United States Trustee
1100 Commerce Street
Dallas, Texas 75242
(214) 767-1080

Lisa L. Lambert
Assistant U.S. Trustee, TX 11844250
For    WILLIAM T. NEARY
       UNITED STATES TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SAM WYLY, | § | 14-35043 (BJH) |
| | § | |
| Debtor. | § | |

### Notice of Appointment of the Official Unsecured Creditors' Committee of Sam Wyly

TO THE HONORABLE BARBARA J. HOUSER
CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT:

In accordance with the Court's Order Granting Emergency Motion to Compel Composition and Appointment of a Committee (Dkt. No. 250, entered 12/02/14), the following persons are appointed to the Official Unsecured Creditors' Committee for Sam Wyly case:

SECURITY CAPITAL, IN LIQUIDATION
c/o Kinetic Partners (Cayman) Ltd.
P.O. Box 10387
Grand Cayman, CI KYF-1004
Phone (646) 867-7833
Geoff.Varga@Kinetic-Partners.com
Attention: Geoff Varga, Joint Official Liquidator

**Notice of Appointment of Committee    Page 1 of 3**

THIRD CHURCH OF CHRIST, SCIENTIST
4419 Oak Lawn Ave.
Dallas, TX 75219
Phone (214) 526-7783
clerk@thirdchurchdallas.com
Attention: Greg McLane

THE THANKSGIVING FOUNDATION
D/B/A THANKSGIVING SQUARE
P.O. Box 13770
Dallas, TX 75313
Phone (214) 969-1977
cslaughter@thanksgiving.org
Attention: Chris Slaughter, President

ASPEN INSTITUTE
One Dupont Circle, Suite 700
Washington, DC 20036-1133
Phone (202) 799-4314
Attention: James Pickup, General Counsel
c/o James.Pickup@dlapiper.com

DATED: December 2, 2014

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Lisa L. Lambert*
Lisa L. Lambert
Assistant U.S. Trustee, TX 11844250
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-1080
Lisa.L.Lambert@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that on December 2, 2014, a copy of this document was sent by email and on December 3, 2014, a copy was sent by regular first class United States mail to the members of the unsecured creditors committee at the addresses listed above.  In addition, on December 2, 2014, copies of this notice were provided by email to the parties listed below, and those filing notices of appearance received notice through ECF.

                                                          /s/ Lisa L. Lambert
                                                           Lisa L. Lambert

Josiah M. Daniel, III
Vinson & Elkins, LLP
2001 Ross Ave., Suite 3700
Dallas, TX  75201
jdaniel@velaw.com

David F. Staber
Marty L. Brimmage
Akin Gump Strauss Hauer & Feld, LLP
1700 Pacific Ave., Suite 4100
Dallas, TX  75201-4624
dstaber@akingump.com
mbrimmage@akingump.com

David G. Adams
U.S. Dept. of Justice, Tax Div.
717 N. Harwood St., Suite 400
Dallas, Texas 75201
David.G.Adams@tax.USDOJ.gov

Angie Dodd
Senior Bankruptcy Counsel
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
dodda@sec.gov

Jonathan Gitlin, Esq.
3905 Hedgcoxe Rd. #251371
Plano, TX 75025
jonathan@jgtxlaw.com