IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-35043 |
| | § | |
| | § | |
| SAMUEL E. WYLY, *et al.* | § | CHAPTER 11 |
| | § | |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |
| | § | |

## SUPPLEMENTAL AFFIDAVIT OF DAWN RAGAN IN SUPPORT OF DEBTOR CAROLINE D. WYLY'S APPLICATION TO EMPLOY AND RETAIN BRIDGEPOINT CONSULTING TO PROVIDE FINANCIAL ADVISORY AND RESTRUCTURING SERVICES TO THE DEBTOR

1. This Affidavit supplements my affidavit filed with this court on October 24, 2014 (the "October Affidavit").

2. I am familiar with the matters set forth herein and am authorized to makes this Affidavit on my firm's behalf.

3. As I disclosed in my October Affidavit, my firm received an advance retainer of $75,000 on October 22, 2014. This retainer was transferred from a Compass account (ending in 8036) originally in the name of Caroline D. Wyly. I have been advised the original source of funds in this Compass account were from a payment of $638,813.25 from Martha Miller, the daughter of Mrs. Wyly, in full payment of a loan made by Mrs. Wyly to Mrs. Miller in connection with the sale of certain acreage in Aspen, Colorado.

Pursuant to 28 US.C.1746, I, Dawn Ragan, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1

Dated: December 3, 2014

Dawn Ragan,
Managing Director, Bridgepoint Consulting LLC

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 3RD DAY OF
DECEMBER 2014,

Notary Public
State of Texas



LINDA K. SNAVELY
Notary Public
STATE OF TEXAS
My Comm. Exp. May 26, 2016