Cynthia E. Messersmith
State Bar No. 04199400
David G. Adams
State Bar No. 00793227
Jonathan L. Blacker
State Bar No. 00796215
Moha P. Yepuri
State Bar No. 24046651
Holly M. Church
State Bar No. 24040691
U.S. Department of Justice, Tax Div.
717 N. Harwood St., Suite 400
Dallas, Texas 75201
Ph:  (214) 880-9727/9737/9765/9767/2432
Fax:  (214) 880-9741
cynthia.messersmith@usdoj.gov
david.g.adams@usdoj.gov
jonathan.blacker2@usdoj.gov
moha.p.yepuri@usdoj.gov
holly.m.church@usdoj.gov
ATTORNEYS FOR THE UNITED STATES (IRS)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **SAMUEL E. WYLY,** *et al.*, | § | **Case No.:  14-35043-BJH** |
| | § | **Chapter 11** |
| **Debtors.** | § | **Jointly Administered** |

## APPENDIX TO THE UNITED STATES' MOTION TO EXCLUDE THE EXPERT
## REPORT AND OPINIONS OF JOSHUA S. RUBENSTEIN AND BRIEF IN SUPPORT

| Exhibit | Description | App. No. |
|---------|-------------|----------|
| 1 | Report of Joshua S. Rubenstein Expert Witness for the Debtors | 1 - 1448 |
| 2 | Deposition of Joshua S. Rubenstein November 24, 2015 | 1449 - 1533 |

Date:  December 7, 2015.                    JOHN R. PARKER
                                           ACTING UNITED STATES ATTORNEY

                                            /s/ *Jonathan L. Blacker*
                                           CYNTHIA E. MESSERSMITH
                                           State Bar No. 04199400
                                           DAVID G. ADAMS
                                           State Bar No. 00793227
                                           JONATHAN L. BLACKER
                                           State Bar No. 00796215
                                           MOHA P. YEPURI
                                           State Bar No. 24046651
                                           HOLLY M. CHURCH
                                           State Bar No. 24040691
                                           Trial Attorneys, Tax Division
                                           U.S. Department of Justice
                                           717 N. Harwood St., Suite 400
                                           Dallas, Texas 75201
                                           Phone: (214) 880-9727/9737/9765/9767/2432
                                           Fax: (214) 880-9741
                                           cynthia.messersmith@usdoj.gov
                                           david.g.adams@usdoj.gov
                                           jonathan.blacker2@usdoj.gov
                                           moha.p.yepuri@usdoj.gov
                                           holly.m.church@usdoj.gov

                                           ATTORNEYS FOR THE UNITED STATES (IRS)

## CERTIFICATE OF SERVICE

        I hereby certify that on December 7, 2015, I electronically filed the foregoing document
with the Clerk of the Court using the ECF system, which will send notification of such filing to
all counsel of record and those requesting notice.

                                            /s/ *Jonathan L. Blacker*
                                           JONATHAN L. BLACKER